# EXHIBIT 1

# EXHIBIT A

## PREMISES

Metes and Bounds Description
Tract 1
819.82 Acres (35,711,359 Square Feet)
Amos Edwards League, Abstract No. 10
Branch T. Masterson Survey, Abstract No. 642
Anthony Hatch Survey, Abstract No. 88
John Rogers Survey, Abstract No. 168
Galveston County, Texas

Description of an 819.82 acre (35,711,359 square feet) tract of land being out of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, and also being out of the plat of the San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, the Branch T Masterson Survey, Abstract No. 642, the Anthony Hatch Survey, Abstract No. 88 and the John Rogers Survey, Abstract No. 168, in Galveston County, Texas, said 819.82 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod with cap found on the northeasterly right-of-way line of State Highway No. 146 which marks the most westerly corner of said 1,079.700 acre tract and the most southerly corner of the plat of Chase Park Section 3 as recorded in Volume 18, Page 929 of the Galveston County Map Records;

THENCE, North 49° 59' 58" East, along the most northwesterly line of said 1,079.700 acre tract, a distance of 4,023.30 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northernmost westerly corner and POINT OF BEGINNING of this herein described tract;

THENCE, North 49° 59' 58" East, continuing along the most northwesterly line of said 1,079.700 acre tract, a distance of 4,399.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the westernmost northerly corner of said 1,079,.700 acre tract, and from which a found 5/8-inch iron rod (bent) bears South 52° 26' East, 0.88 foot;

THENCE, South 32° 00' 07" East, along a northeasterly line of said 1,079.700 acre tract, a distance of 902.90 feet to a 5/8-inch iron rod with cap found for an interior corner of said 1,079.700 acre tract;

THENCE, North 50° 01' 58" East, along a northwesterly line of said 1,079.700 acre tract, a distance of 1,930.29 feet to an iron rod found on the southwesterly right-of-way line of F.M. Road 646 which marks the easternmost northerly corner of said 1,079.700 acre tract, said point being on the arc of a non-tangent curve to the right;

THENCE, southeasterly, 166.12 feet along the southwesterly right-of-way line of said F.M. Road 646 and along the arc of said curve to the right (central angle = 01° 40' 33"; radius = 5,679.65 feet; chord bearing and distance = South 70° 31' 42" East, 166.12 feet) to a 5/8-inch iron rod with cap found for end of curve;

THENCE, South 69° 41' 32" East, continuing along the southwesterly right-of-way line of said F.M. Road 646, a distance of 2,515.33 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the beginning of a non-tangent curve to the left, from which a found 3/4-inch iron rod bears South 89° 17' East, 0.53 foot;

THENCE, southeasterly, 42.84 feet along said southwesterly right-of-way line and along the arc of said curve to the left (central angle = 00° 25' 29", radius = 5,779.65 feet; chord bearing and distance = South 69° 54' 12" East, 42.84 feet) to a 5/8-inch iron rod with plastic cap stamped "AECOM" set in a tree stump for the northeasterly corner of said 1,079.700 acre tract, said point being in the northwesterly line of the said plat of San Leon Farm Home Tracts;

THENCE, South 58° 02' 03" West, departing said southwesterly right-of-way line and along a southeasterly line of said 1,079.700 acre tract and the northwesterly line of said San Leon Farm Home Tracts, a distance of 944.63 feet to a 5/8-inch iron rod with cap found for corner in the northerly line of Lot 8, Block 11, of said San Leon Farm Home Tracts;

THENCE, South 77° 43' 25" East, along the northerly line of said Lot 8, a distance of 43.56 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northeasterly corner of said Lot 8, from which a found 3/4-inch iron pipe bears South 37° 36' West, 1.82 feet;

THENCE, South 12° 16' 35" West, along the common line between Lots 7 and 8 of said Block 11, a distance of 630.00 feet to a point for the southeasterly corner of said Lot 8, from which a found 3/4-inch iron rod bears South 89° 36' East, 0.20 foot;

THENCE, North 77° 43' 25" West, along the southerly line of said Block 11, a distance of 690.46 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set in the northwesterly line of said San Leon Farm Home Tracts;

THENCE, South 58° 02' 03" West, along said northwesterly line and a southeasterly line of said 1,079.700 acre tract, a distance of 2,582.74 feet to a point for corner in the westerly line of Lot 3, Block 25A of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 63° 13' West, 0.55 foot;

THENCE, South 12° 16' 35" West, along an easterly line of said 1,079.700 acre tract, a distance of 2,572.75 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southwesterly corner of Lot 3, Block 41, of said San Leon Farm Home Tracts, from which a found 1/2-iron rod with cap bears North 10° 46' West, 2.06 feet;

THENCE, South 77° 43' 25" East, along the southerly line of said Lot 3, a distance of 690.75 feet to a point on the westerly right-of-way line of F. M. Road 517 (width varies) which marks the southeasterly corner of said Lot 3, from which a found 1/2-inch iron rod bears North 75° 03' East, 0.24 foot, and from which a found 5/8-inch iron rod bears South 70° 41' East, 1.06 feet;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said F. M. Road 517, a distance of 2,264.83 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" which marks the southeasterly corner of Lot 6, Block 44, of said San Leon Farm Home Tracts, and being on the northerly line of Avenue "N" (60 feet wide), from which a found 5/8-inch iron rod bears South 29° 44' East, 0.87 foot;

THENCE, North 77° 43' 25" West, along the northerly line of said Avenue "N", a distance of 1,442.63 feet to a point for an interior corner of said 1,079.700 acre tract on the westerly line of 30th Street (60 feet wide), from which a found 5/8-inch iron rod with cap bears South 53° 22' East, 0.38 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said 30th Street and an easterly line of said 1,079.700 acre tract, a distance of 1,320.20 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southeasterly corner of Lot 5, Block 59, of said San Leon Farm Home Tracts on the northerly line of Avenue "P" (60 feet wide), from which a found iron rod bears South 86° 36' West, 0.80 foot;

THENCE, South 77° 43' 25" West, along the northerly line of said Avenue "P" and a southerly line of said 1,079.700 acre tract, a distance of 1,443.12 feet to a cotton spindle set in a wood post for an interior corner of this tract on the westerly line of 31st Street (60 feet wide);

THENCE, South 12° 16' 35" West, along the westerly line of said 31st Street and an easterly line of said 1,079.700 acre tract, a distance of 2,791.16 feet to a point on the northeasterly right-of-way line of State Highway No. 146 which marks the most southerly corner of said 1,079.700 acre tract, from which a found 5/8-inch iron rod bears South 57° 19' West, 0.19 foot;

THENCE, North 29° 05' 33" West, along the northeasterly right-of-way line of said State Highway No. 146 and the southwesterly line of said 1,079.700 acre tract, a distance of 2,680.57 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southernmost westerly corner of this herein described tract;

THENCE, North 60° 33' 29" East, along a westerly line of this tract, a distance of 780.93 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the beginning of a curve to the left;

THENCE, northeasterly, 356.42 feet along the arc of said curve to the left (central angle = 47° 09' 43"; radius = 433.00 feet; chord bearing and distance = North 36° 58' 38" East, 346.44 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for a point of tangency;

THENCE, North 13° 23' 46" East, continuing along a westerly line of this tract, a distance of 126.84 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for an angle point;

THENCE, North 12° 21' 29" East, continuing along said line, a distance of 856.34 feet to a fence corner post found for an angle point;

THENCE, North 12° 17' 49" East, continuing along said line, a distance of 362.90 feet to a fence corner post found for an angle point;

THENCE, North 14° 23' 17" East, continuing along said line, a distance of 6.32 feet to a fence corner post found for an angle point;

THENCE, North 77° 50' 09" West, along a southerly line of this tract, a distance of 40.39 feet to a fence corner post for corner;

THENCE, North 12° 16' 36" East, along a westerly line of this tract, a distance of 149.95 feet to a fence corner post found for an interior corner;

THENCE, North 77° 31' 05" West, along a southerly line of this tract, a distance of 186.69 feet to a point for corner in an easterly line of a called 26.542 acre tract retained by Reliant Energy, Incorporated, referred to as Parcel PS11D-001 and described in Schedule 2 of the above referenced deed to Texas Genco Holdings, Inc.;

THENCE, North 12° 20' 03" East, along an easterly line of said 26.542 acre tract, a distance of 546.02 feet to a 3/4-inch iron rod found for the most easterly northeast corner of said 26.542 acre tract;

THENCE, South 77° 56' 02" East, along a northerly line of this tract, a distance of 55.90 feet to a fence corner post;

THENCE, North 11° 56' 02" East, a distance of 37.90 feet to an "X" cut in concrete set for corner;

THENCE, South 77° 42' 41" East, a distance of 96.24 feet to a point for corner in the center of a channel;

THENCE, North 11° 53' 46" East, along the centerline of a channel and along an easterly line of this tract, a distance of 1,638.18 feet to a point for the beginning of a curve to the right;

THENCE, northeasterly, 564.87 feet along the arc of said curve to the right (central angle = 38° 23' 32"; radius = 843.00 feet; chord bearing and distance = North 31° 05' 32" East, 554.36 feet) to a point of tangency;

THENCE, North 50° 17' 18" East, along the centerline of a channel, a distance of 55.66 feet to a point for an interior corner of this herein described tract;

THENCE, North 32° 46' 21" West, along a southwesterly line of this tract, at 150.00 feet pass a 5/8-inch iron rod with plastic cap stamped "AECOM" set for reference, and continuing for a total distance of 1,300.63 feet to the POINT OF BEGINNING and containing a computed area of 819.82 acres (35,711,359 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 25, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 1 M&B.doc

Metes and Bounds Description
Tract 2
5.648 Acres (245,940 Square Feet)
John Rogers Survey, A-168
Galveston County, Texas

Description of 5.648 acres (245,940 square feet) of land being that same called 5.645 acre tract retained by Texas Genco II, LP and described in a deed to the County of Galveston as recorded under File No. 2005066104 of the Galveston County Official Public Records of Real Property, in the John Rogers Survey, Abstract No. 168, in Galveston County, Texas, said 5.648 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod found in the southwesterly right-of-way line of F. M. Road 646 (100 feet wide) which marks the easternmost northerly corner of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 as described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, said point being on the arc of a non-tangent curve to the right;

THENCE, southeasterly, 166.12 feet along the southwesterly right-of-way line of said F. M. Road 646 and along the arc of said curve to the right (central angle = 01° 40' 33"; radius = 5,679.65 feet; chord bearing and distance = South 70° 31' 42" East, 166.12 feet) to a 5/8-inch iron rod found for the end of curve;

THENCE, South 69° 41' 32" East, continuing along said southwesterly right-of-way line, a distance of 1,127.69 feet to a point;

THENCE, North 20° 18' 28" East, departing said southwesterly right-of-way line at right angles, a distance of 100.00 feet to a point for the most southerly southwest corner and POINT OF BEGINNING of said 5.645 acre tract and this herein described tract;

THENCE, North 24° 03' 12" East, departing said right-of-way line, a distance of 38.98 feet to an angle point;

THENCE, North 20° 26' 51" East, a distance of 28.86 feet to an angle point;

THENCE, North 69° 02' 06" West, a distance of 2.38 feet to an angle point;

THENCE, South 20° 20' 17" West, a distance of 0.52 feet to an angle point;

THENCE, North 69° 46' 06" West, a distance of 56.17 feet to an angle point;

THENCE, North 70° 01' 29" West, a distance of 52.91 feet to a point for corner;

THENCE, North 06° 18' 21" East, a distance of 134.84 feet to an angle point;

THENCE, North 01° 24' 02" East, a distance of 100.09 feet to an angle point;

THENCE, North 07° 28' 00" East, a distance of 100.24 feet to an angle point;

THENCE, North 09° 38' 52" West, a distance of 126.95 feet to a point for the northwesterly corner of said 5.645 acre tract, said point being within the waters of Galveston Bay;

THENCE, with the called northerly deed lines of said 5.645 acre tract, through the waters of said Galveston Bay, the following courses and distances

North 87° 08' 43" East, a distance of 38.50 feet to an angle point;

North 67° 04' 53" East, a distance of 72.25 feet to an angle point,

North 81° 57' 33" East, a distance of 73.46 feet to an angle point;

South 74° 41' 27" East, a distance of 75.54 feet to an angle point;

South 66° 55' 07" East, a distance of 47.16 feet to an angle point;

South 72° 23' 47" East, a distance of 84.98 feet to an angle point;

South 73° 11' 17" East, a distance of 90.19 feet to an angle point;

South 71° 51' 47" East, a distance of 73.81 feet to an angle point;

South 73° 24' 47" East, a distance of 62.26 feet to a point for the northeasterly corner of this herein described tract and the northwesterly corner of a called 26.999 acre tract described in the above referenced deed to the County of Galveston;

THENCE, South 42° 02' 35" West, departing said northerly line, a distance of 103.14 feet to an angle point;

THENCE, South 51° 35' 30" East, a distance of 34.77 feet to an angle point;

THENCE, South 34° 43' 52" West, a distance of 36.15 feet to an angle point;

THENCE, South 34° 17' 16" West, a distance of 38.27 feet to an angle point;

THENCE, South 41° 26' 00" West, a distance of 37.08 feet to an angle point;

THENCE, South 36° 52' 10" West, a distance of 34.55 feet to an angle point;

THENCE, South 37° 08' 32" West, a distance of 37.45 feet to an angle point;

THENCE, South 37° 59' 20" West, a distance of 50.93 feet to an angle point;

THENCE, South 32° 57' 41" West, a distance of 50.06 feet to an angle point;

THENCE, South 43° 38' 08" West, a distance of 43.86 feet to an angle point;

THENCE, South 37° 28' 34" West, a distance of 43.03 feet to an angle point;

THENCE, South 36° 46' 13" West, a distance of 56.26 feet to an angle point;

THENCE, South 35° 23' 45" West, a distance of 39.85 feet to an angle point;

THENCE, North 68° 40' 39" West, a distance of 26.63 feet to an angle point;

THENCE, North 70° 26' 18" West, a distance of 15.54 feet to an angle point;

THENCE, North 19° 56' 28" East, a distance of 0.48 feet to an angle point;

THENCE, North 69° 57' 55" West, a distance of 2.72 feet to an angle point;

THENCE, South 20° 00' 44" West, a distance of 28.92 feet to an angle point;

THENCE, South 70° 42' 19" East, a distance of 4.30 feet to an angle point;

THENCE, South 20° 16' 47" West, a distance of 38.70 feet to a point in the northerly right-of-way line of said F. M. Road 646;

THENCE, North 69° 41' 32" West, along the northerly right-of-way line of said F. M. Road 646, a distance of 143.59 feet to the POINT OF BEGINNING and containing a computed are of 5.646 acres (245,940 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 25, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 2 M&B.doc

Metes and Bounds Description
Tract 3
211.62 Acres (9,218,167 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 211.62 acre (9,218,167 square feet) tract of land, being that same tract called as 211.586 acres referred to as Parcel PS11H-C01 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, and being out of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 211.62 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod with cap found on the northeasterly right-of-way line of State Highway No. 146 which marks the most westerly corner of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 and described in the above referenced deed to Texas Genco Holdings, Inc., and the most southerly corner of the plat of Chase Park Section 3 as recorded in Volume 18, Page 929 of the Galveston County Map Records;

THENCE, South 71° 42' 22" East, a distance of 7,300.43 feet to a point on the easterly right-of-way line of F. M. Road 517 (width varies) at its intersection with the northerly right-of-way line of Avenue "N" (60 feet wide) for the most westerly southwest corner and POINT OF BEGINNING of this herein described tract, from which a found 3/4-inch iron rod bears South 47° 04' W, 0.42 foot;

THENCE, North 12° 16' 35" East, along the easterly right-of-way line of said F. M. Road 517, a distance of 945.02 feet to a point in the southerly line of Lot 2, Block 45, of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 75° 00' West, 0.25 foot;

THENCE, South 77° 43' 25" East, along the southerly line of said Lot 2, a distance of 671.42 feet to a 60d nail set in a wood post in the westerly line of Lot 3, of said Block 45, from which a found 5/8-inch iron rod with cap bears South 72° 00' West, 0.63 foot;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 3, a distance of 315.00 feet to a point in the southerly right-of-way line of Avenue L of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 58° 46' West, 0.77 foot (corner occupied by tallow tree);

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue L, a distance of 345.71 feet to a point for the northwesterly corner of Lot 4, of said Block 45, from which a found iron rod bears South 44° 42' West, 0.30 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said Lot 4, a distance of 630.00 feet to a point in the north line of Lot 5, of said Block 45, from which a found 3/4-inch iron rod bears South 19° 48' East, 0.38 foot;

THENCE, South 77° 43' 25" East, along a northerly line of called 211.586 acre tract, a distance of 1,788.59 feet to a point for corner in the westerly right-of-way line of 27th Street, from which a found 3/4-inch iron rod bears South 21° 13' West, 0.37 foot;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 27th Street, a distance of 690.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for an interior corner on the southerly right-of-way line of said Avenue N, from which a found 1-inch iron pipe bears North 25° 16' West, 1.68 feet;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue N, a distance of 1,848.57 feet to a point in the westerly line of Lot 2, Block 54, of said San Leon Farm Home Tracts, from which a found 3/4-inch iron rod bears South 24° 13' West, 0.39 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said Lot 2, a distance of 630.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northwesterly corner of Lot 7, of said Block 54;

THENCE, South 77° 43' 25" East, along the northerly lines of Lots 7 and 6, of said Block 54, a distance of 691.42 feet to a 3/4-inch iron rod found for the southeasterly corner of Lot 3, of said Block 54;

THENCE, North 12° 16' 35" East, along the easterly line of said Lot 3, a distance of 630.00 feet to a point on the southerly right-of-way line of said Avenue N, from which a found 3/4-inch iron rod bears South 29° 49' East, 0.25 foot;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue N, a distance of 345.73 feet to a found 3/4-inch iron rod in the westerly right-of-way line of 25th Street (60 feet wide) of said San Leon Farm Home Tracts, said point also being the most northerly northeast corner of this herein described tract;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 25th Street, a distance of 2,638.03 feet to a point on the southerly right-of-way line of Avenue "Q" (60 feet wide), from which a found 3/4-inch iron rod bears South 28° 41' East, 0.30 foot;

THENCE, South 77° 35' 17" East, along the southerly right-of-way line of said Avenue Q, a distance of 390.85 feet to an angle point;

THENCE, South 76° 10' 00" East, continuing along southerly right-of-way line of said Avenue Q, a distance of 165.56 feet to a point for the most easterly northeast corner of said 211.586 acre tract, said point being in the waters of Dickinson Bay;

THENCE, along the called easterly deed line of said 211.586 acre tract, the following courses and distances:

South 12° 46' 35" West, a distance of 35.80 feet;

South 83° 17' 35" West, a distance of 68.26 feet;

South 45° 41' 15" West, a distance of 158.61 feet;

South 56° 25' 05" West, a distance of 59.57 feet;

South 29° 21' 35" West, a distance of 39.63 feet;

South 37° 32' 05" West, a distance of 85.96 feet;

South 77° 43' 05" West, a distance of 20.33 feet;

South 26° 53' 55" West, a distance of 73.00 feet;

South 14° 16' 35" East, a distance of 118.58 feet;

South 31° 55' 15" West, a distance of 222.00 feet;

South 02° 03' 15" East, a distance of 31.23 feet to a point for the most southerly corner of this tract; THENCE, along the called southwesterly deed line of said 211.586 acre tract, the following courses (all corners fall in the water):

North 36° 07' 31" West, a distance of 82.76 feet;

North 36° 35' 45" West, a distance of 176.86 feet;

North 23° 07' 05" East, a distance of 252.97 feet;

North 36° 51' 05" West, a distance of 68.77 feet;

North 42° 30' 25" West, a distance of 41.62 feet;

North 35° 58' 15" West, a distance of 356.42 feet;

North 19° 47' 55" West, a distance of 77.43 feet;

North 28° 01' 05" East, a distance of 37.20 feet;

North 70° 43' 45" West, a distance of 35.36 feet;

North 82° 02' 25" West, a distance of 15.37 feet;

South 58° 29' 35" West, a distance of 242.43 feet;

North 36° 35' 45" West, a distance of 100.40 feet;

North 58° 29' 35" East, a distance of 155.79 feet to a point in the northerly right-of-way line of said Avenue Q and the southerly line of Lot 6, Block 68, of said San Leon Farm Home Tracts;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue Q, a distance of 235.92 feet to a point for the southeasterly corner of Lot 7, of said Block 68;

THENCE, North 36° 35' 50" West, across said Lot 7, a distance of 459.00 feet to a point for corner in the easterly line of Lot 8, Block 68;

THENCE, North 12° 16' 57" East along the easterly line of said Lot 8, a distance of 328.11 feet to a point for the northeasterly corner of said Lot 8;

THENCE, North 77° 43' 25" West, a distance of 375.74 feet to a point for corner (point falls in the water);

THENCE, North 36° 35' 45" West, along a southwesterly line of said 211.586 acre tract, a distance of 858.17 feet to a 3/4-inch iron rod found for corner, from which a found 1/2-inch iron rod bears South 22° 38' East, 0.31 foot;

THENCE, North 12° 16' 43" East, a distance of 125.52 feet (called 125.92 feet) to a 60d nail set in a wood post on the northerly right-of-way line of Avenue "P" (60 feet wide), from which a found 3/4-inch iron rod bears South 52° 09' West, 0.57 foot;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "P", a distance of 1,172.15 feet (called 1,171.78 feet) to a point on the east line of Lot 6, Block 56, of said San Leon Farm Home Tracts, from which a found 3/4-inch iron rod bears South 10° 47' East, 0.35 foot;

THENCE, North 12° 16' 35" East, along the east line of said Lot 6, a distance of 630.00 feet to a 60d nail set in a wood post for the northeasterly corner of said Lot 6, from which a found bent 3/4-inch iron rod bears North 84° 34' West, 0.72 foot;

THENCE, North 77° 43' 25" West, along a southerly line of called 211.586 acre tract, a distance of 1,788.57 feet to a point for the southeasterly corner of Lot 1, Block 57, of said San Leon Farm Home Tracts, from which a found iron rod bears North 56° 17' East, 0.20 foot;

THENCE, North 12° 16' 35" East, along the easterly lines of Lots 1 and 2, Block 57, a distance of 690.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set on the northerly right-of-way line of said Avenue "N", from which a found 3/4-inch iron pipe bears South 66° 54' West, 1.26 feet;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "N", a distance of 671.42 feet to the POINT OF BEGINNING and containing a computed area of 211.62 acres (9,218,167 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 26, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7 0 Deliverables\Doc\PHROB Tract 3 M&B.doc

Metes and Bounds Description
Tract 4
10.00 Acres (435,600 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 10.00 acre (435,600 square feet) tract of land being that same 10.000 acre tract referred to as Parcel PS11H-C02 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050901 of the Galveston County Official Public Records of Real Property, and being all of Lots 3 and 4, Block 47, of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 10.00 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

BEGINNING at a 3/4-inch iron rod found on the southerly right-of-way line of Avenue "L" (60 feet wide) which marks the northwesterly corner of said Lot 3;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue "L", a distance of 691.43 feet to a point for the northeasterly corner of said Lot 4, Block 47, on the westerly right-of-way line of 26th Street (60 feet wide), from which a found 3/4-inch iron rod bears South 74° 59' East, 0.31 foot;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 26th Street, a distance of 630.00 feet to a point for the southeasterly corner of said Lot 4, from which a found 3/4-inch iron rod bears South 87° 20' East, 0.19 foot;

THENCE, North 77° 43' 25" West, along the southerly lines of said Lots 4 and 3, a distance of 691.43 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southwesterly corner of said Lot 3, from which a found 5/8-inch iron rod bears North 38° 51' West, 1.60 feet;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 3, a distance of 630.00 feet to the POINT OF BEGINNING and containing a computed area of 10.00 acres (435,600 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 26, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7 0 Deliverables\Doc\PHROB Tract 4 M&B.doc

9169309v 1 137110/00002    Exhibit A-xii

Metes and Bounds Description
Tract 5
15.00 Acres (653,400 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 15.00 acre (653,400 square feet) tract of land being that same 15.000 acre tract referred to as Parcel PS11H-C05 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050901 of the Galveston County Official Public Records of Real Property, and being all of Lots 1, 2 and 7, Block 53, of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 15.00 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

BEGINNING at a 3/4-inch iron rod found on the southerly right-of-way line of Avenue "N" (60 feet wide) which marks the northeasterly corner of said Lot 2;

THENCE, South 12° 16' 35" West, along the easterly lines of said Lots 2 and 7, of said Block 53, a distance of 1,260.00 feet to a 5/8-inch iron rod found on the northerly right-of-way line of Avenue "P" (60 feet wide) which marks the southeasterly corner of said Lot 7;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "P", a distance of 345.71 feet to a 3/4-inch iron rod found for the southwesterly corner of said Lot 7, Block 53;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 7, a distance of 630.00 feet to a 3/4-inch iron rod found for the southeasterly corner of said Lot 1 and the northwesterly corner of said Lot 7, said point marks an interior corner of this herein described tract;

THENCE, North 77° 43' 25" West, along the southerly line of said Lot 1, a distance of 345.71 feet to a 3/4-inch iron rod found on the easterly right-of-way line of 25th Street (60 feet wide) for the southwesterly corner of said Lot 1 and the most westerly southwest corner of this herein described tract;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 1 and the easterly right-of-way line of said 25th Street, a distance of 630.00 feet to a point on the southerly right-of-way line of said Avenue "N" which marks the northwesterly corner of said Lot 1 and this herein described tract, from which a found 3/4-inch iron rod with cap bears South 60° 14' West, 0.42 foot;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue "N", a distance of 691.42 feet to the POINT OF BEGINNING and containing a computed area of 15.00 acres (635,400 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date. August 26, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7 0 Deliverables\Doc\PHROB Tract 5 M&B doc

9169309v 1 137110/00002

Exhibit A-xiii

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

2013025034

April 24, 2013  02 07 24 PM
FEE  $72 00
Dwight D Sullivan, County Clerk
Galveston County, TEXAS