# EXHIBIT 2



2011005912

45 PGS

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF GALVESTON | § | |

**NRG TEXAS POWER LLC**, a Delaware limited liability company ("*Grantor*"), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to it in hand paid and caused to be paid in the manner hereinafter stated by KV LAND, LLC, a Texas limited liability company ("*Grantee*"), whose address is 4203 Yoakum Blvd., Houston, Texas 77006, the receipt and sufficiency of which is hereby acknowledged and confessed, has GRANTED, BARGAINED, SOLD, ASSIGNED and CONVEYED, and by these presents does GRANT, BARGAIN, SELL, ASSIGN and CONVEY, unto Grantee:

The tract of real property containing 1,062 acres of land, more or less, situated in Galveston County, Texas, as more particularly described on Exhibit A attached hereto and made a part hereof ("*Land*"), the improvements located thereon and all rights and appurtenances thereto, including any right, title and interest of Grantor in and to all roads, waterways, partially submerged lands, fully submerged lands, accreted lands, streets and alleys affecting the Land, all strips, waterways and gores between the land and abutting properties, all rights in and to easements, and air rights, and other rights, privileges, appurtenances and licenses owned by Grantor and in any way related to the Land (the "*Real Property*");

SAVE AND EXCEPT, any right, title or interest in or to the "Reserved Interests", defined as: (i) oil, gas, and other minerals, (ii) ores and other substances, (iii) brine and any other groundwater produced from three thousand (3,000) feet below the surface of the Land, or (iv) any geothermal energy and geothermal substances, to the extent that any of the foregoing items described in (i) through (iv) above are now or in the future located in whole or in part, in, on, and under, the Land but only to the extent, in each case, that the same may be produced from the Land without disturbing the surface of the Land or any improvements now or hereafter situated thereon, and (v) any rights to use subsurface reservoirs and pore space in which to inject, dispose, sequester and/or store carbon dioxide or the items described in (i) through (iii) above but only to the extent, in each case that any such use, injection, disposal, storage, sequestration or storage must be accomplished without disturbing the surface of the Land or any improvements now or hereafter situated thereon and in compliance with all applicable laws.  Grantor retains all right, title and interest of Grantor in and to the Reserved Interests; provided, however, that Grantor hereby waives any and all rights of Grantor and Grantor's successors and assigns to use or in any way disturb the surface of the Real Property, including, without limitation, with respect to the exploration for, development, production or use the Reserved Interests.

RETURN TO:
Old Republic Title
777 Post Oak Blvd. #125
Houston, TX 77056
Attn: Mari Maher GF# 1000222601

1

TO HAVE AND TO HOLD the Real Property, save and except the Reserved Interests, together with all and singular any other rights and appurtenances thereto in anywise belonging, unto Grantee, its successors and assigns, FOREVER, subject to those restrictions and encumbrances listed on Exhibit B, attached hereto and incorporated herein by reference for all purposes, to the extent (but no further) that same are valid and subsisting as of the date hereof and affect title to the Real Property (collectively, the "*Permitted Encumbrances*"); and Grantor does hereby bind itself, its successors and assigns, to WARRANT AND FOREVER DEFEND all and singular the Real Property unto Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through or under Grantor, but not otherwise, subject, however to the Permitted Encumbrances and the superior rights of any governmental entity, including, but not limited to, the State of Texas to the following portions of the Real Property: (i) the land and area identified as "Tract 2" on Exhibit A attached hereto and made a part hereof, (ii) any partially submerged lands, fully submerged lands, accreted or filled lands comprising or adjacent to the boundaries of the Land, (iii) any navigable waters, streams, channels or other waterways and (iv) any boundaries of the Land that are adjacent to the shorelines of the State of Texas.

Ad valorem taxes and assessments and maintenance fees, if any, have been prorated between Grantor and Grantee as of the date hereof, and Grantee assumes the obligations to pay same as they become due and payable subsequent to the date hereof.

*[Remainder of page intentionally left blank.  Signature page(s) to follow.]*

2

IN TESTIMONY WHEREOF, this instrument is executed effective as of the 2nd day of ~~January,~~ 2011.

*February*

**GRANTOR:**

NRG TEXAS POWER LLC, a Delaware limited liability company

By: _____
Name: David T. Greeson
Title: Vice President

STATE OF ___Texas___ §
§
COUNTY OF ___Harris___ §

This instrument was acknowledged before me on the ___25___ day of January, 2011, by David T. Greeson, VP of TX Development of NRG TEXAS POWER LLC, a Delaware limited liability company, on behalf of said limited liability company.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF ___Texas___

HERLINDA CARRANCO
Notary Public, State of Texas
My Commission Expires
September 07, 2011

Signature Page to Special Warranty Deed

## EXHIBIT A

## LAND

Metes and Bounds Description
Tract 1
819.82 Acres (35,711,359 Square Feet)
Amos Edwards League, Abstract No. 10
Branch T. Masterson Survey, Abstract No. 642
Anthony Hatch Survey, Abstract No. 88
John Rogers Survey, Abstract No. 168
Galveston County, Texas

Description of an 819.82 acre (35,711,359 square feet) tract of land being out of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, and also being out of the plat of the San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, the Branch T. Masterson Survey, Abstract No. 642, the Anthony Hatch Survey, Abstract No. 88 and the John Rogers Survey, Abstract No. 168, in Galveston County, Texas, said 819.82 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod with cap found on the northeasterly right-of-way line of State Highway No. 146 which marks the most westerly corner of said 1,079.700 acre tract and the most southerly corner of the plat of Chase Park Section 3 as recorded in Volume 18, Page 929 of the Galveston County Map Records;

THENCE, North 49° 59' 58" East, along the most northwesterly line of said 1,079.700 acre tract, a distance of 4,023.30 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northernmost westerly corner and POINT OF BEGINNING of this herein described tract;

THENCE, North 49° 59' 58" East, continuing along the most northwesterly line of said 1,079.700 acre tract, a distance of 4,399.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the westernmost northerly corner of said 1,079,.700 acre tract, and from which a found 5/8-inch iron rod (bent) bears South 52° 26' East, 0.88 foot;

THENCE, South 32° 00' 07" East, along a northeasterly line of said 1,079.700 acre tract, a distance of 902.90 feet to a 5/8-inch iron rod with cap found for an interior corner of said 1,079.700 acre tract;

THENCE, North 50° 01' 58" East, along a northwesterly line of said 1,079.700 acre tract, a distance of 1,930.29 feet to an iron rod found on the southwesterly right-of-way line of F. M. Road 646 which marks the easternmost northerly corner of said 1,079.700 acre tract, said point being on the arc of a non-tangent curve to the right;

THENCE, southeasterly, 166.12 feet along the southwesterly right-of-way line of said F. M. Road 646 and along the arc of said curve to the right (central angle = 01° 40' 33"; radius = 5,679.65 feet; chord bearing and distance = South 70° 31' 42" East, 166.12 feet) to a 5/8-inch iron rod with cap found for end of curve;

THENCE, South 69° 41' 32" East, continuing along the southwesterly right-of-way line of said F. M. Road 646, a distance of 2,515.33 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the beginning of a non-tangent curve to the left, from which a found 3/4-inch iron rod bears South 89° 17' East, 0.53 foot;

THENCE, southeasterly, 42.84 feet along said southwesterly right-of-way line and along the arc of said curve to the left (central angle = 00° 25' 29"; radius = 5,779.65 feet; chord bearing and distance = South 69° 54' 12" East, 42.84 feet) to a 5/8-inch iron rod with plastic cap stamped "AECOM" set in a tree stump for the northeasterly corner of said 1,079.700 acre tract, said point being in the northwesterly line of the said plat of San Leon Farm Home Tracts;

Exhibit A-1

THENCE, South 58° 02' 03" West, departing said southwesterly right-of-way line and along a southeasterly line of said 1,079.700 acre tract and the northwesterly line of said San Leon Farm Home Tracts, a distance of 944.63 feet to a 5/8-inch iron rod with cap found for corner in the northerly line of Lot 8, Block 11, of said San Leon Farm Home Tracts;

THENCE, South 77° 43' 25" East, along the northerly line of said Lot 8, a distance of 43.56 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northeasterly corner of said Lot 8, from which a found 3/4-inch iron pipe bears South 37° 36' West, 1.82 feet;

THENCE, South 12° 16' 35" West, along the common line between Lots 7 and 8 of said Block 11, a distance of 630.00 feet to a point for the southeasterly corner of said Lot 8, from which a found 3/4-inch iron rod bears South 89° 36' East, 0.20 foot;

THENCE, North 77° 43' 25" West, along the southerly line of said Block 11, a distance of 690.46 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set in the northwesterly line of said San Leon Farm Home Tracts;

THENCE, South 58° 02' 03" West, along said northwesterly line and a southeasterly line of said 1,079.700 acre tract, a distance of 2,582.74 feet to a point for corner in the westerly line of Lot 3, Block 25A of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 63° 13' West, 0.55 foot;

THENCE, South 12° 16' 35" West, along an easterly line of said 1,079.700 acre tract, a distance of 2,572.75 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southwesterly corner of Lot 3, Block 41, of said San Leon Farm Home Tracts, from which a found 1/2-iron rod with cap bears North 10° 46' West, 2.06 feet;

THENCE, South 77° 43' 25" East, along the southerly line of said Lot 3, a distance of 690.75 feet to a point on the westerly right-of-way line of F. M. Road 517 (width varies) which marks the southeasterly corner of said Lot 3, from which a found 1/2-inch iron rod bears North 75° 03' East, 0.24 foot, and from which a found 5/8-inch iron rod bears South 70° 41' East, 1.06 feet;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said F. M. Road 517, a distance of 2,264.83 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" which marks the  southeasterly corner of Lot 6, Block 44, of said San Leon Farm Home Tracts, and being on the northerly line of Avenue "N" (60 feet wide), from which a found 5/8-inch iron rod bears South 29° 44' East, 0.87 foot;

THENCE, North 77° 43' 25" West, along the northerly line of said Avenue "N", a distance of 1,442.63 feet to a point for an interior corner of said 1,079.700 acre tract on the westerly line of 30th Street (60 feet wide), from which a found 5/8-inch iron rod with cap bears South 53° 22' East, 0.38 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said 30th Street and an easterly line of said 1,079.700 acre tract, a distance of 1,320.20 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southeasterly corner of Lot 5, Block 59, of said San Leon Farm Home Tracts on the northerly line of Avenue "P" (60 feet wide), from which a found iron rod bears South 86° 36' West, 0.80 foot;

THENCE, South 77° 43' 25" West, along the northerly line of said Avenue "P" and a southerly line of said 1,079.700 acre tract, a distance of 1,443.12 feet to a cotton spindle set in a wood post for an interior corner of this tract on the westerly line of 31st Street (60 feet wide);

THENCE, South 12° 16' 35" West, along the westerly line of said 31st Street and an easterly line of said 1,079.700 acre tract, a distance of 2,791.16 feet to a point on the northeasterly right-of-way line of State Highway No. 146 which marks the most southerly corner of said 1,079.700 acre tract, from which a found 5/8-inch iron rod bears South 57° 19' West, 0.19 foot;

THENCE, North 29° 05' 33" West, along the northeasterly right-of-way line of said State Highway No. 146 and the southwesterly line of said 1,079.700 acre tract, a distance of 2,680.67 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southernmost westerly corner of this herein described tract;

THENCE, North 60° 33' 29" East, along a westerly line of this tract, a distance of 780.93 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the beginning of a curve to the left;

THENCE, northeasterly, 356.42 feet along the arc of said curve to the left (central angle = 47° 09' 43"; radius = 433.00 feet; chord bearing and distance = North 36° 58' 38" East, 346.44 feet to a 5/8-inch iron rod stamped "AECOM" set for a point of tangency;

THENCE, North 13° 23' 46" East, continuing along a westerly line of this tract, a distance of 126.84 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for an angle point;

THENCE, North 12° 21' 29" East, continuing along said line, a distance of 856.34 feet to a fence corner post found for an angle point;

THENCE, North 12° 17' 49" East, continuing along said line, a distance of 362.90 feet to a fence corner post found for an angle point;

THENCE, North 14° 23' 17" East, continuing along said line, a distance of 6.32 feet to a fence corner post found for an angle point;

THENCE, North 77° 50' 09" West, along a southerly line of this tract, a distance of 40.39 feet to a fence corner post for corner;

THENCE, North 12° 16' 36" East, along a westerly line of this tract, a distance of 149.95 feet to a fence corner post found for an interior corner;

THENCE, North 77° 31' 05" West, along a southerly line of this tract, a distance of 186.69 feet to a point for corner in an easterly line of a called 26.542 acre tract retained by Reliant Energy, Incorporated, referred to as Parcel PS11D-001 and described in Schedule 2 of the above referenced deed to Texas Genco Holdings, Inc.;

THENCE, North 12° 20' 03" East, along an easterly line of said 26.542 acre tract, a distance of 546.02 feet to a 3/4-inch iron rod found for the most easterly northeast corner of said 26.542 acre tract;

THENCE, South 77° 56' 02" East, along a northerly line of this tract, a distance of 55.90 feet to a fence corner post;

THENCE, North 11° 56' 02" East, a distance of 37.90 feet to an "X" cut in concrete set for corner;

THENCE, South 77° 42' 41" East, a distance of 96.24 feet to a point for corner in the center of a channel;

THENCE, North 11° 53' 46" East, along the centerline of a channel and along an easterly line of this tract, a distance of 1,638.18 feet to a point for the beginning of a curve to the right;

THENCE, northeasterly, 564.87 feet along the arc of said curve to the right (central angle = 38° 23' 32"; radius = 843.00 feet; chord bearing and distance = North 31° 05' 32" East, 554.36 feet) to a point of tangency;

THENCE, North 50° 17' 18" East, along the centerline of a channel, a distance of 55.66 feet to a point for an interior corner of this herein described tract;

THENCE, North 32° 46' 21" West, along a southwesterly line of this tract, at 150.00 feet pass a 5/8-inch iron rod with plastic cap stamped "AECOM" set for reference, and continuing for a total distance of 1,300.63 feet to the POINT OF BEGINNING and containing a computed area of 819.82 acres (35,711,359 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 25, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 1 M&B.doc

Metes and Bounds Description
Tract 2
5.646 Acres (245,940 Square Feet)
John Rogers Survey, A-168
Galveston County, Texas

Description of 5.646 acres (245,940 square feet) of land begin that same called 5.645 acre tract retained by Texas Genco II, LP and described in a deed to the County of Galveston as recorded under File No. 2005086104 of the Galveston County Official Public Records of Real Property, in the John Rogers Survey, Abstract No. 168, in Galveston County, Texas, said 5.646 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod found in the southwesterly right-of-way line of F. M. Road 646 (100 feet wide) which marks the easternmost northerly corner of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 as described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, said point being on the arc of a non-tangent curve to the right;

THENCE, southeasterly, 166.12 feet along the southwesterly right-of-way line of said F. M. Road 646 and along the arc of said curve to the right (central angle = 01°40' 33"; radius = 5,679.65 feet; chord bearing and distance = South 70°31' 42" East, 166.12 feet) to a 5/8-inch iron rod found for the end of curve;

THENCE, South 69°41' 32" East, continuing along said southwesterly right-of-way line, a distance of 1,127.69 feet to a point;

THENCE, North 20°18' 28" East, departing said southwesterly right-of-way line at right angles, a distance of 100.00 feet to a point for the most southerly southwest corner and POINT OF BEGINNING of said 5.645 acre tract and this herein described tract;

THENCE, North 24°03' 12" East, departing said right-of-way line, a distance of 38.98 feet to an angle point;

THENCE, North 20°26' 51" East, a distance of 28.86 feet to an angle point;

THENCE, North 69°02' 08" West, a distance of 2.38 feet to an angle point;

THENCE, South 20°20' 17" West, a distance of 0.52 feet to an angle point;

THENCE, North 69°46' 06" West, a distance of 58.17 feet to an angle point;

THENCE, North 70°01' 29" West, a distance of 52.91 feet to a point for corner;

THENCE, North 06°18' 21" East, a distance of 134.84 feet to an angle point;

THENCE, North 01°24' 02" East, a distance of 100.09 feet to an angle point;

THENCE, North 07°28' 00" East, a distance of 100.24 feet to an angle point;

THENCE, North 09°38' 52" West, a distance of 126.95 feet to a point for the northwesterly corner of said 5.645 acre tract, said point being within the waters of Galveston Bay;

THENCE, with the called northerly deed lines of said 5.645 acre tract, through the waters of said Galveston Bay, the following courses and distances:

North 87°08' 43" East, a distance of 38.50 feet to an angle point;

North 67°04' 53" East, a distance of 72.25 feet to an angle point;

Exhibit A-5

North 81° 57' 33" East, a distance of 73.46 feet to an angle point;

South 74° 41' 27" East, a distance of 75.54 feet to an angle point;

South 66° 55' 07" East, a distance of 47.16 feet to an angle point;

South 72° 23' 47" East, a distance of 84.98 feet to an angle point;

South 73° 11' 17" East, a distance of 90.19 feet to an angle point;

South 71° 51' 47" East, a distance of 73.81 feet to an angle point;

South 73° 24' 47" East, a distance of 62.26 feet to a point for the northeasterly corner of this herein described tract and the northwesterly corner of a called 26.999 acre tract described in the above referenced deed to the County of Galveston;

THENCE, South 42° 02' 35" West, departing said northerly line, a distance of 103.14 feet to an angle point;

THENCE, South 51° 35' 30" East, a distance of 34.77 feet to an angle point;

THENCE, South 34° 43' 52" West, a distance of 36.15 feet to an angle point;

THENCE, South 34° 17' 16" West, a distance of 38.27 feet to an angle point;

THENCE, South 41° 26' 00" West, a distance of 37.06 feet to an angle point;

THENCE, South 36° 52' 10" West, a distance of 34.55 feet to an angle point;

THENCE, South 37° 08' 32" West, a distance of 37.45 feet to an angle point;

THENCE, South 37° 59' 20" West, a distance of 50.93 feet to an angle point;

THENCE, South 32° 57' 41" West, a distance of 50.06 feet to an angle point;

THENCE, South 43° 38' 08" West, a distance of 43.86 feet to an angle point;

THENCE, South 37° 28' 34" West, a distance of 43.03 feet to an angle point;

THENCE, South 36° 46' 13" West, a distance of 56.26 feet to an angle point;

THENCE, South 35° 23' 45" West, a distance of 39.85 feet to an angle point;

THENCE, North 68° 40' 39" West, a distance of 26.63 feet to an angle point;

THENCE, North 70° 26' 18" West, a distance of 15.54 feet to an angle point;

THENCE, North 19° 56' 28" East, a distance of 0.48 feet to an angle point;

THENCE, North 69° 57' 55" West, a distance of 2.72 feet to an angle point;

THENCE, South 20° 00' 44" West, a distance of 28.92 feet to an angle point;

THENCE, South 70° 42' 19" East, a distance of 4.30 feet to an angle point;

Exhibit A-6

THENCE, South 20° 16' 47" West, a distance of 38.70 feet to a point in the northerly right-of-way line of said F. M. Road 646;

THENCE, North 69° 41' 32" West, along the northerly right-of-way line of said F. M. Road 646, a distance of 143.59 feet to the POINT OF BEGINNING and containing a computed are of 5.646 acres (245,940 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 25, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 2 M&B.doc

Exhibit A-7

Metes and Bounds Description
Tract 3
211.62 Acres (9,218,167 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 211.62 acre (9,218,167 square feet) tract of land, being that same tract called as 211.586 acres referred to as Parcel PS11H-C01 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050899 of the Galveston County Official Public Records of Real Property, and being out of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 211.62 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

COMMENCING at a 5/8-inch iron rod with cap found on the northeasterly right-of-way line of State Highway No. 146 which marks the most westerly corner of a called 1,079.700 acre tract referred to as Parcel PS11C-C01 and described in the above referenced deed to Texas Genco Holdings, Inc., and the most southerly corner of the plat of Chase Park Section 3 as recorded in Volume 18, Page 929 of the Galveston County Map Records;

THENCE, South 71° 42' 22" East, a distance of 7,300.43 feet to a point on the easterly right-of-way line of F. M. Road 517 (width varies) at its intersection with the northerly right-of-way line of Avenue "N" (60 feet wide) for the most westerly southwest corner and POINT OF BEGINNING of this herein described tract, from which a found 3/4-inch iron rod bears South 47° 04' W, 0.42 foot;

THENCE, North 12° 16' 35" East, along the easterly right-of-way line of said F. M. Road 517, a distance of 945.02 feet to a point in the southerly line of Lot 2, Block 45, of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 75° 00' West, 0.25 foot;

THENCE, South 77° 43' 25" East, along the southerly line of said Lot 2, a distance of 671.42 feet to a 60d nail set in a wood post in the westerly line of Lot 3, of said Block 45, from which a found 5/8-inch iron rod with cap bears South 72° 00' West, 0.63 foot;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 3, a distance of 315.00 feet to a point in the southerly right-of-way line of Avenue L of said San Leon Farm Home Tracts, from which a found 5/8-inch iron rod bears South 58° 46' West, 0.77 foot (corner occupied by tallow tree);

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue L, a distance of 345.71 feet to a point for the northwesterly corner of Lot 4, of said Block 45, from which a found iron rod bears South 44° 42' West, 0.30 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said Lot 4, a distance of 630.00 feet to a point in the north line of Lot 5, of said Block 45, from which a found 3/4-inch iron rod bears South 19° 48' East, 0.38 foot;

THENCE, South 77° 43' 25" East, along a northerly line of called 211.586 acre tract, a distance of 1,788.59 feet to a point for corner in the westerly right-of-way line of 27th Street, from which a found 3/4-inch iron rod bears South 21° 13' West, 0.37 foot;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 27th Street, a distance of 690.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for an interior corner on the southerly right-of-way line of said Avenue N, from which a found 1-inch iron pipe bears North 25° 16' West, 1.68 feet;

Exhibit A-8

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue N, a distance of 1,848.57 feet to a point in the westerly line of Lot 2, Block 54, of said San Leon Farm Home Tracts, from which a found 3/4-inch iron rod bears South 24° 13' West, 0.39 foot;

THENCE, South 12° 16' 35" West, along the westerly line of said Lot 2, a distance of 630.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the northwesterly corner of Lot 7, of said Block 54;

THENCE, South 77° 43' 25" East, along the northerly lines of Lots 7 and 6, of said Block 54, a distance of 691.42 feet to a 3/4-inch iron rod found for the southeasterly corner of Lot 3, of said Block 54;

THENCE, North 12° 16' 35" East, along the easterly line of said Lot 3, a distance of 630.00 feet to a point on the southerly right-of-way line of said Avenue N, from which a found 3/4-inch iron rod bears South 29° 49' East, 0.25 foot;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue N, a distance of 345.73 feet to a found 3/4-inch iron rod in the westerly right-of-way line of 25th Street (60 feet wide) of said San Leon Farm Home Tracts, said point also being the most northerly northeast corner of this herein described tract;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 25th Street, a distance of 2,638.03 feet to a point on the southerly right-of-way line of Avenue "Q" (60 feet wide), from which a found 3/4-inch iron rod bears South 28° 41' East, 0.30 foot;

THENCE, South 77° 35' 17" East, along the southerly right-of-way line of said Avenue Q, a distance of 390.85 feet to an angle point;

THENCE, South 76° 10' 00" East, continuing along southerly right-of-way line of said Avenue Q, a distance of 165.56 feet to a point for the most easterly northeast corner of said 211.586 acre tract, said point being in the waters of Dickinson Bay;

THENCE, along the called easterly deed line of said 211.586 acre tract, the following courses and distances:

South 12° 46' 35" West, a distance of 35.80 feet;

South 83° 17' 35" West, a distance of 68.26 feet;

South 45° 41' 15" West, a distance of 158.61 feet;

South 56° 25' 05" West, a distance of 59.57 feet;

South 29° 21' 35" West, a distance of 39.63 feet;

South 37° 32' 05" West, a distance of 85.96 feet;

South 77° 43' 05" West, a distance of 20.33 feet;

South 26° 53' 55" West, a distance of 73.00 feet;

South 14° 16' 35" East, a distance of 118.58 feet;

Exhibit A-9

South 31° 55' 15" West, a distance of 222.00 feet;

South 02° 03' 15" East, a distance of 31.23 feet to a point for the most southerly corner of this tract; THENCE, along the called southwesterly deed line of said 211.586 acre tract, the following courses (all corners fall in the water):

North 36° 07' 31" West, a distance of 82.76 feet;

North 36° 35' 45" West, a distance of 176.86 feet;

North 23° 07' 05" East, a distance of 252.97 feet;

North 36° 51' 05" West, a distance of 68.77 feet;

North 42° 30' 25" West, a distance of 41.62 feet;

North 35° 58' 15" West, a distance of 356.42 feet;

North 19° 47' 55" West, a distance of 77.43 feet;

North 28° 01' 05" East, a distance of 37.20 feet;

North 70° 43' 45" West, a distance of 35.36 feet;

North 82° 02' 25" West, a distance of 15.37 feet;

South 58° 29' 35" West, a distance of 242.43 feet;

North 36° 35' 45" West, a distance of 100.40 feet;

North 58° 29' 35" East, a distance of 155.79 feet to a point in the northerly right-of-way line of said Avenue Q and the southerly line of Lot 6, Block 68, of said San Leon Farm Home Tracts;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue Q, a distance of 235.92 feet to a point for the southeasterly corner of Lot 7, of said Block 68;

THENCE, North 36° 35' 50" West, across said Lot 7, a distance of 459.00 feet to a point for corner in the easterly line of Lot 8, Block 68;

THENCE, North 12° 16' 57" East along the easterly line of said Lot 8, a distance of 328.11 feet to a point for the northeasterly corner of said Lot 8;

THENCE, North 77° 43' 25" West, a distance of 375.74 feet to a point for corner (point falls in the water);

THENCE, North 36° 35' 45" West, along a southwesterly line of said 211.586 acre tract, a distance of 858.17 feet to a 3/4-inch iron rod found for corner, from which a found 1/2-inch iron rod bears South 22° 38' East, 0.31 foot;

THENCE, North 12° 16' 43" East, a distance of 125.52 feet (called 125.92 feet) to a 60d nail set in a wood post on the northerly right-of-way line of Avenue "P" (60 feet wide), from which a found 3/4-inch iron rod bears South 52° 09' West, 0.57 foot;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "P", a distance of 1,172.15 feet (called 1,171.78 feet) to a point on the east line of Lot 6, Block 56, of said San Leon Farm Home Tracts, from which a found 3/4-inch iron rod bears South 10° 47' East, 0.35 foot;

THENCE, North 12° 16' 35" East, along the east line of said Lot 6, a distance of 630.00 feet to a 60d nail set in a wood post for the northeasterly corner of said Lot 6, from which a found bent 3/4-inch iron rod bears North 84° 34' West, 0.72 foot;

THENCE, North 77° 43' 25" West, along a southerly line of called 211.586 acre tract, a distance of 1,788.57 feet to a point for the southeasterly corner of Lot 1, Block 57, of said San Leon Farm Home Tracts, from which a found iron rod bears North 56° 17' East, 0.20 foot;

THENCE, North 12° 16' 35" East, along the easterly lines of Lots 1 and 2, Block 57, a distance of 690.00 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set on the northerly right-of-way line of said Avenue "N", from which a found 3/4-inch iron pipe bears South 66° 54' West, 1.26 feet;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "N", a distance of 671.42 feet to the POINT OF BEGINNING and containing a computed area of 211.62 acres (9,218,167 square feet) of land.


Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 26, 2010
Job No.: 60160569.11


J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 3 M&B.doc

Metes and Bounds Description
Tract 4
10.00 Acres (435,600 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 10.00 acre (435,600 square feet) tract of land being that same 10.000 acre tract referred to as Parcel PS11H-C02 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050901 of the Galveston County Official Public Records of Real Property, and being all of Lots 3 and 4, Block 47, of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 10.00 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

BEGINNING at a 3/4-inch iron rod found on the southerly right-of-way line of Avenue "L" (60 feet wide) which marks the northwesterly corner of said Lot 3;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue "L", a distance of 691.43 feet to a point for the northeasterly corner of said Lot 4, Block 47, on the westerly right-of-way line of 26th Street (60 feet wide), from which a found 3/4-inch iron rod bears South 74° 59' East, 0.31 foot;

THENCE, South 12° 16' 35" West, along the westerly right-of-way line of said 26th Street, a distance of 630.00 feet to a point for the southeasterly corner of said Lot 4, from which a found 3/4-inch iron rod bears South 87° 20' East, 0.19 foot;

THENCE, North 77° 43' 25" West, along the southerly lines of said Lots 4 and 3, a distance of 691.43 feet to a 5/8-inch iron rod with plastic cap stamped "AECOM" set for the southwesterly corner of said Lot 3, from which a found 5/8-inch iron rod bears North 38° 51' West, 1.60 feet;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 3, a distance of 630.00 feet to the POINT OF BEGINNING and containing a computed area of 10.00 acres (435,600 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 26, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 4 M&B.doc

Metes and Bounds Description
Tract 5
15.00 Acres (653,400 Square Feet)
Amos Edwards League, Abstract No. 10
Galveston County, Texas

Description of a 15.00 acre (653,400 square feet) tract of land being that same 15.000 acre tract referred to as Parcel PS11H-C05 and described in a deed to Texas Genco Holdings, Inc. as recorded under File No. 2002050901 of the Galveston County Official Public Records of Real Property, and being all of Lots 1, 2 and 7, Block 53, of the plat of San Leon Farm Home Tracts as recorded in Volume 254-A, Page 25 of the Galveston County Deed Records (transferred to Volume 5, Page 51 of the Galveston County Map Records), in the Amos Edwards League, Abstract No. 10, in Galveston County, Texas, said 15.00 acre tract being more particularly described as follows (with bearings referenced to the Texas Coordinate System of 1983, South Central Zone):

BEGINNING at a 3/4-inch iron rod found on the southerly right-of-way line of Avenue "N" (60 feet wide) which marks the northeasterly corner of said Lot 2;

THENCE, South 12° 16' 35" West, along the easterly lines of said Lots 2 and 7, of said Block 53, a distance of 1,260.00 feet to a 5/8-inch iron rod found on the northerly right-of-way line of Avenue "P" (60 feet wide) which marks the southeasterly corner of said Lot 7;

THENCE, North 77° 43' 25" West, along the northerly right-of-way line of said Avenue "P", a distance of 345.71 feet to a 3/4-inch iron rod found for the southwesterly corner of said Lot 7, Block 53;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 7, a distance of 630.00 feet to a 3/4-inch iron rod found for the southeasterly corner of said Lot 1 and the northwesterly corner of said Lot 7, said point marks an interior corner of this herein described tract;

THENCE, North 77° 43' 25" West, along the southerly line of said Lot 1, a distance of 345.71 feet to a 3/4-inch iron rod found on the easterly right-of-way line of 25th Street for the southwesterly corner of said Lot 1 and the most westerly southwest corner of this herein described tract;

THENCE, North 12° 16' 35" East, along the westerly line of said Lot 1 and the easterly right-of-way line of said 25th Street, a distance of 630.00 feet to a point on the southerly right-of-way line of said Avenue ""N" which marks the northwesterly corner of said Lot 1 and this herein described tract, from which a found 3/4-inch iron rod with cap bears South 60° 14' West, 0.42 foot;

THENCE, South 77° 43' 25" East, along the southerly right-of-way line of said Avenue "N", a distance of 691.42 feet to the POINT OF BEGINNING and containing a computed area of 15.00 acres (635,400 square feet) of land.

Compiled by:
AECOM Technical Services, Inc.
5757 Woodway, Suite 101 West
Houston, TX 77057
Phone: 713.780.4123
Date: August 26, 2010
Job No.: 60160569.11

J:\60160569 P H Robinson Power Plant Update\7.0 Deliverables\Doc\PHROB Tract 5 M&B.doc

Exhibit A-13

## EXHIBIT B

## PERMITTED ENCUMBRANCES

1.      Restrictive covenants as set forth in instrument filed for record under Galveston County Clerk's File No. 2002050900 (as to Tracts 1, 2, and 3).

**AS TO TRACTS ONE AND TWO**

2.      Any portion of subject property that lies within the boundaries of any public or private roadway or used in connection therewith, including but not limited to those shown on map of Mac's Subdivision recorded in Volume 2, Page 34 of the Map Records of Galveston County, Texas.

3.      Pipeline right of way easement for a pipeline in favor of Humble Oil & Refining Company, a Texas corporation, as set forth in instrument recorded in Volume 623, Page 303, of the Office of the County Clerk of Galveston County, Texas.

4.      Pipeline right of way easement of undisclosed width and location through the John Rogers Survey, A-168, and the most southeasterly 140 acres of the Anthony Hatch Survey, A-88, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth in instrument recorded in Volume 627, Page 203, of the Office of the County Clerk of Galveston County, Texas.

5.      Pipeline right of way easement of undisclosed width and location through Tracts 1 and 1A, Block 77, San Leon Farm Home Tracts, in favor of Defense Plant Corporation, a corporation controlled by the United States of America, as set forth in instrument recorded in Volume 681, Page 20, of the Office of the County Clerk of Galveston County, Texas.

6.      Pipeline right of way easement of undisclosed width and location through Tracts 1 and 1A, Block 77, San Leon Farm Home Tracts, in favor of Defense Plant Corporation, a corporation controlled by the United States of America, as set forth in instrument recorded in Volume 683, Page 6, of the Office of the County Clerk of Galveston County, Texas.

7.      Pipeline right of way easement of undisclosed width and location through Blocks 60-A, 61, 77, 78 and 79, San Leon Farm Home Tracts, in favor of Gulf Refining Company and Gulf Oil Corporation, as set forth in instrument recorded in Volume 913, Page 59, of the Office of the County Clerk of Galveston County, Texas.

8.      Pipeline right of way easement through Tracts 1 and 1A, Block 77, San Leon Farm Home Tracts, and alongside and parallel with the war emergency pipe line laid across said land in 1943, in favor of Gulf Refining Company and Gulf Oil Corporation, as set forth in instrument recorded in Volume 913, Page 360, of the Office of the County Clerk of Galveston County, Texas.

9.      Pipeline right of way easement for one pipeline not to exceed 30 inches in diameter in favor of United Gas Pipe Line Company, as set forth in instrument recorded in Volume 1681, Page 146, of the Office of the County Clerk of Galveston County, Texas, partially released by instrument filed for record under Galveston County Clerk's File No. 8903382.

10.    Terms and provisions regarding drainage within natural watershed as set forth in instrument recorded in Volume 1731, Page 779 of the Office of the County Clerk of Galveston County, Texas.

11.    An easement for buried communications cable three (3) feet in width, fifteen (15) feet during periods of construction, located northeasterly of State Highway 146, granted to General Telephone Company as set forth in instrument recorded in Volume 1833, Page 311, of the Office of the County Clerk of Galveston County, Texas.

12.    Easement rights appurtenant to said tracts for maintenance of discharge canal as created by instruments recorded in Volume 2795, Page 737 and Volume 2813, Page 62 of the Office of the County Clerk of Galveston County, Texas.

13.    A water line easement twenty (20) feet in width granted to Galveston County Water Authority. as set forth in instrument filed for record under Galveston County Clerk's File No. 8313236.

14.    Pipeline right of way easement for 4 inch and 6 inch pipeline and 40' X 80' metering station in favor of Adair Energy, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 8501391.

15.    Pipeline right of way easement for 6 inch pipeline in favor of Adair Energy, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 8501392.

16.    Pipeline right of way easement for two pipelines, each being 16 inches in diameter, and for a valve site in favor of Union Carbide Corporation, as set forth in instrument filed for record under Galveston County Clerk's File No. 8507497.

17.    Pipeline right of way easement for a 4 inch pipeline in favor of Adair Energy, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 8513157.

18.    Pipeline right of way easement 4 1/2 inches wide at three separate locations in favor of Matador Pipelines, as set forth in instrument filed for record under Galveston County Clerk's File No. 8545726.

19.    Easement for two 2 inch pipelines granted to Gulf Coast Waste Disposal Authority as set forth in instrument filed for record under Galveston County Clerk's File No. 8624450.

20.    Pipeline right of way easement limited in width to the diameters of a 24 inch pipeline and a 20 inch pipeline and four surface site easements, in favor of Houston Pipe Line Company as set forth in instrument filed for record under Galveston County Clerk's File No. 8643640.

21.    Metering equipment easement 100 feet by 120 feet in favor of United Texas Transmission Company, a Texas corporation, as set forth in instrument filed for record under Galveston County Clerk's File No. 8711244.

22.    Surface site easement granted to Houston Pipe Line Company, a Texas corporation, as set forth in instrument filed for record under Galveston County Clerk's File No. 8739671.

23.   Pipeline right of way easement four (4) inches in width for a 4 inch pipeline and an easement for a 40 foot by 75 foot metering site, in favor of Valero Gathering L.P., as set forth in instrument filed for record under Galveston County Clerk's File No. 8744109.

24.   Pipeline right of way easement for a 12 inch pipeline and an easement for a 50 foot by 185 foot metering site, in favor of Amoco Gas Company, as set forth in instrument filed for record under Galveston County Clerk's File No. 8800949.

25.   Certificate of Adjudication of Water Rights as set forth in instrument filed for record under Galveston County Clerk's File No. 8805378.

26.   Water line easement 10 inches in width located in abandoned Avenue "Q" adjoining Block 62 of San Leon Farm Home Tracts, granted to San Leon Municipal Utility District as set forth in instrument filed for record under Galveston County Clerk's File No. 9000527.

27.   Four bridges quit claimed to the State of Texas as set forth in instrument filed for record under Galveston County Clerk's File No. 9017685.

28.   Discharge and intake canals as reflected by instrument filed for record under Galveston County Clerk's File No. 9017685.

29.   Easement for solar cathodic protection surface site 20 feet by 20 feet, granted to Exxon Gas System, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 9035154.

30.   Industrial Solid Waste Certificate of Remediation as set forth in instrument filed for record under Galveston County Clerk's File No. 9609596.

31.   Industrial Solid Waste Certificate of Remediation as set forth in instrument filed for record under Galveston County Clerk's File No. 2000005161.

32.   Pipeline right of way easement for a 16 inch pipeline and a 140 foot by 200 foot surface site easement, in favor of Cokinos Energy Corporation, as set forth in instrument filed for record under Galveston County Clerk's File No. 2001067171.

33.   Industrial Solid Waste Certificate of Remediation as set forth in instrument filed for record under Galveston County Clerk's File No. 2001010806.

34.   Terms and provisions, including but not limited to severed property as shown on Schedules 3 and 4, of instrument filed for record under Galveston County Clerk's File No. 2002050899.

35.   Terms and provisions of that certain Easement and Covenant Agreement by and between Reliant Energy, Incorporated, and Texas Genco Holdings, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 2002050900, partially released as set forth in instrument filed for record under Galveston County Clerk's File No. 2004081574.

36.   Terms and provisions of Interconnection Agreement evidenced by instruments filed for record under Galveston County Clerk's File No(s). 2002050899 and 2002050900.

37.   Terms and provisions of instrument filed for record under Galveston County Clerk's File No. 2002050903.

38.     Terms and provisions of instrument filed for record under Galveston County Clerk's File No. 2002050907, corrected by instruments filed for record under Galveston County Clerk's File No(s). 2003051604, 2003088018 and 2003048896.

39.     Easement for electric transmission and distribution lines and telecommunication lines granted to CenterPoint Energy Houston Electric, LLC, as set forth in instrument filed for record under Galveston County Clerk's File No. 2002070341.

40.     Easement for electric distribution facilities and/or natural gas facilities granted to CenterPoint Energy Houston Electric, LLC, and CenterPoint Energy Houston, a division of CenterPoint Energy Resources corporation, as set forth in instrument filed for record under Galveston County Clerk's File No. 2003057384.

41.     Terms and provisions of Deed from Texas Genco, LP, a Texas limited partnership, to CenterPoint Energy Houston Electric, LLC, a Texas limited liability company, as set forth in instrument filed for record under Galveston County Clerk's File No. 2004081575.

42.     Pipeline right of way easements in favor of TG Pipeline, L.P., a Texas limited partnership, as set forth in instrument filed for record under Galveston County Clerk's File No. 2005056678.

43.     Order of abandonment and discontinuance of a portion of the 30 foot county right of way between the Genco Tract and Lots 1 and 1A, San Leon Farm Home Tracts, a certified copy of which is filed for record under Galveston County Clerk's File No. 2005058346.

44.     Easement rights appurtenant to said tracts as created by instrument filed December 21, 2005, under Galveston County Clerk's File No(s). 2005086104.

45.     An easement for a 0.1395 acre surface site granted to Kinder Morgan Texas Pipeline, L.P., as set forth in instrument filed for record under Galveston County Clerk's File No. 2006006590.

46.     An easement for natural gas facilities granted to CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Texas Gas Operations as set forth in instrument filed for record under Galveston County Clerk's File No. 2008009924.

47.     One-sixteenth (1/16th) royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved in instrument recorded in Volume 351, Page 618, of the Office of the County Clerk of Galveston County, Texas. (as to that portion of subject property located in the east 181.09 acres of John Rogers Survey, Abstract No. 168)

48.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 367, Page 329, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to that portion of subject property located in the Branch T. Masterson Survey, Abstract No. 642)

49.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 477, Page 435, corrected by instrument recorded in Volume 487, Page 206, of the Office of the County Clerk of Galveston County, Texas. (Said interest not

Exhibit B-4

investigated subsequent to date of reservation or conveyance.) (as to Tracts 2 and 5, Block 26, San Leon Farm Home Tracts)

50. One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 485, Page 482, corrected by instrument recorded in Volume 485, Page 523, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 8, Block 44, San Leon Farm Home Tracts)

51. One-fourth (1/4th) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 489, Page 200, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 8, Block 44, San Leon Farm Home Tracts)

52. All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 489, Page 75, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to one acre off north end of Tract 8, Block 44, San Leon Farm Home Tracts)

53. One thirty-second (1/32nd) royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved in instrument recorded in Volume 495, Page 453, of the Office of the County Clerk of Galveston County, Texas. (as to that portion of subject property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

54. Those certain interests in the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 983, Page 355, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to various tracts out of Blocks 26A, 41, 42, 43, 60A, 61, 77 and 79, San Leon Farm Home Tracts)

55. One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1107, Page 647, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 8, Block 41, San Leon Farm Home Tracts)

56. Two-thirds (2/3rds) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1111, Page 596, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 1, Block 26, San Leon Farm Home Tracts)

57. All the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument

recorded in Volume 1115, Page 508, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tracts 3 and 4, Block 44, San Leon Farm Home Tracts)

58.     One-fourth (1/4th) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1131, Page 350, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 8, Block 41, San Leon Farm Home Tracts)

59.     All the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1139, Page 432, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tracts 5, 6 and 7, Block 44, San Leon Farm Home Tracts)

60.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1323, Page 74, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 4, Block 59, San Leon Farm Home Tracts)

61.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1365, Page 558, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are waived as therein provided.) (as to Tracts 1, 2, 3, 5, 6 and 7, Block 59, San Leon Farm Home Tracts)

62.     One-sixteenth (1/16th) non-participating royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved in instrument recorded in Volume 1365, Page 567, of the Office of the County Clerk of Galveston County, Texas. (as to Tract 7 and 8, Block 26, San Leon Farm Home Tracts)

63.     All the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1369, Page 519, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are waived as therein provided.) (as to Tract 8, Block 42, San Leon Farm Home Tracts)

64.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1375, Page 13, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are waived as therein provided.) (as to Tracts 2 and 7, Block 25A, San Leon Farm Home Tracts)

65.     One-sixteenth (1/16) royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved in instrument recorded in Volume 1375, Page 214, of the Office of the County Clerk of Galveston County, Texas. (as to that portion of subject

property located in the Branch T. Masterson Survey, Abstract No. 642, and Blocks 42A, 43A, 43B, and 60 and Blocks 60A, 61, 62, 77 and 79 north of State Highway 146, San Leon Farm Home Tracts)

66.     One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1381, Page 50, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 5, Block 42A, San Leon Farm Home Tracts)

67.     All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1383, Page 437, of the Office of the County Clerk Records of Galveston County, Texas. (Surface Rights are waived as therein provided.) (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 5, Block 26A, San Leon Farm Home Tracts)

68.     All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1397, Page 454, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to various tracts out of Blocks 26A, 41, 42 and 43, San Leon Farm Home Tracts)

69.     One-sixteenth (1/16th) royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved  in instrument recorded in Volume 1399, Page 385, of the Office of the County Clerk of Galveston County, Texas.  (as to that portion of subject property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

70.     One-half (1/2) non-participating royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved  in instrument recorded in Volume 1431, Page 17, of the Office of the County Clerk of Galveston County, Texas.  (as to Tract 7, Block 41, San Leon Farm Home Tracts)

71.     All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1467, Page 640, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are waived as therein provided.)  (as to Tracts 8 and 9, Block 25A, San Leon Farm Home Tracts)

72.     All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1575, Page 351, of the Office of the County Clerk Records of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface use restricted as provided therein.) (as to Tracts 5 and 6, Block 42, San Leon Farm Home Tracts)

73.     All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all

of which are expressly excepted therefrom, as the same are set forth in instrument(s) filed for record under Galveston County Clerk's File No. 2004033870.   (Said interest not investigated subsequent to date of reservation or conveyance.) (as to 157 acres out of Blocks 25A, 26, 41, 42, 44, 45, 46, 59 and 55, San Leon Farm Home Tracts)

74.     The terms, conditions and stipulations of that certain Mineral Lease dated June 14, 1929, from H. Amberg, as Lessor, to J. M. McDade, as Lessee, recorded in Volume 434, Page 437, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)  (as to various Tracts out of Blocks 48 and 25A, San Leon Farm Home Tracts)

75.     The terms, conditions and stipulations of those certain Mineral Leases to Bayou Development Co., as Lessee, recorded in Volume 462, Page 94, Volume 462, Page 140, and Volume 484, Page 60, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 7, Block 41, San Leon Farm Home Tracts)

76.     The terms, conditions and stipulations of that certain Mineral Lease dated March 13, 1933, from F. H. West and wife, Rebecca L. West, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 462, Page 125, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)  (as to Tracts 1 and 2, Block 44, San Leon Farm Home Tracts)

77.     The terms, conditions and stipulations of that certain Mineral Lease dated February 10, 1933, from San Leon Company, a Texas corporation, as Lessor, to Humble Oil & Refining Company, as Lessee, recorded in Volume 462, Page 449, of the Office of the County Clerk of Galveston County, Texas; subject to Pooling Agreement as set forth in instrument recorded in Volume 468, Page 359 of the Office of the County Clerk of Galveston County, Texas, as amended by instrument dated October 8, 1935, and partially released by instrument recorded in Volume 576, Page 136 of the Office of the County Clerk of Galveston County, Texas.  (The above lease not checked subsequent to date.)  (as to various tracts out of Blocks 26A, 41, 42, 43, 45, 46, 47, 48, 53, 54, 56, 68, and 79, San Leon Farm Home Tracts)

78.     The terms, conditions and stipulations of that certain Mineral Lease dated February 27, 1933, from C. F. Malloy and wife, Annie Elizabeth Malloy, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 470, Page 550, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)  (as to Tracts 2 and 5, Block 26, San Leon Farm Home Tracts)

79.     The terms, conditions and stipulations of that certain Mineral Lease dated March 1, 1933, from Mattie Bridges, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 470, Page 584, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)  (as to Tract 2, Block 41, San Leon Farm Home Tracts)

80.     The terms, conditions and stipulations of that certain Mineral Lease dated February 20, 1933, from H. Amberg, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 482, Page 234, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 8 and 9, Block 25A and Tracts 4 and 7, Block 48, San Leon Farm Home Tracts)

81.     The terms, conditions and stipulations of that certain Mineral Lease dated February 25, 1933, from S. A. La Rue, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 482, Page 256, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 41 and north one-half of Tract 5, Block 42, San Leon Farm Home Tracts)

82.     The terms, conditions and stipulations of that certain Mineral Lease dated March 4, 1933, from J. E. Gordy and wife, Gertrude Gordy, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 482, Page 274, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 44, San Leon Farm Home Tracts)

83.     The terms, conditions and stipulations of that certain Mineral Lease dated May 22, 1934, from F. G. Eidman, as Lessor, to Sam J. Hindman, as Lessee, recorded in Volume 500, Page 511, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to that portion of subject property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

84.     The terms, conditions and stipulations of that certain Mineral Lease dated July 27, 1940, from D. R. Emanuel, as Lessor, to J. F. Elrod, as Lessee, recorded in Volume 625, Page 1, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 5 and 6, Block 41, San Leon Farm Home Tracts)

85.     The terms, conditions and stipulations of that certain Mineral Lease dated July 27, 1940, from Mrs. W. W. Barrett, et al, as Lessor, to J. F. Elrod, as Lessee, recorded in Volume 625, Page 7, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 7, Block 41, San Leon Farm Home Tracts)

86.     The terms, conditions and stipulations of that certain Mineral Lease recorded in Volume 867, Page 295 of the Office of the County Clerk of Galveston County, Texas (called Volume 867, Page 293 in instrument recorded in Volume 1365, Page 567 of the Office of the County Clerk of Galveston County, Texas). (The above lease not checked subsequent to date.) (as to Tracts 6 and 7, Block 26, San Leon Farm Home Tracts)

87.     The terms, conditions and stipulations of that certain Mineral Lease recorded in Volume 867, Page 325 of the Office of the County Clerk of Galveston County, Texas (called Volume 867, Page 323 in instrument recorded in Volume 1323, Page 74 of the Office of the County Clerk of Galveston County, Texas). (The above lease not checked subsequent to date.) (as to Block 59, San Leon Farm Home Tracts)

88.     The terms, conditions and stipulations of that certain Mineral Lease dated January 23, 1950, from F. G. Eidman, as Lessor, to G. A. Shively, as Lessee, recorded in Volume 867, Page 401, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to that portion of subject property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

89.     The terms, conditions and stipulations of that certain Mineral Lease dated February 21, 1950, recorded in Volume 867, Page 771 of the Office of the County Clerk of

Exhibit B-9

Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 2 and 7, Block 25A, San Leon Farm Home Tracts)

90.     The terms, conditions and stipulations of that certain Mineral Lease from Kate Hazard and husband, W. T. Hazard, recorded in Volume 871, Page 41 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 41, San Leon Farm Home Tracts)

91.     The terms, conditions and stipulations of that certain Mineral Lease recorded in Volume 871, Page 61 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 8, 9, Block 25A, San Leon Farm Home Tracts)

92.     The terms, conditions and stipulations of that certain Mineral Lease recorded in Volume 871, Page 377 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 1, 1A and 2, Block 77, San Leon Farm Home Tracts)

93.     The terms, conditions and stipulations of that certain Mineral Lease recorded in Volume 871, Page 591 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 5, Block 26A, San Leon Farm Home Tracts)

94.     The terms, conditions and stipulations of that certain Mineral Lease dated August 3, 1951, from Kate Hazard and W. T. Hazard, as Lessor, to John W. Mecom, as Lessee, recorded in Volume 878, Page 433 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 41, San Leon Farm Home Tracts)

95.     The terms, conditions and stipulations of that certain Mineral Lease dated August 3, 1951, from San Leon Company, a Texas corporation, as Lessor, to John W. Mecom, as Lessee, recorded in Volume 932, Page 319 of the Office of the County Clerk of Galveston County, Texas, amended by instrument recorded in Volume 932, Page 329, partial waiver of surface rights as set forth in instrument recorded in Volume 2516, Page 703, and amended by Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8419020, and Second Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8510053. (The above lease not checked subsequent to date.) (as to various tracts out of Blocks 26A, 41, 42, 43, 45, 46, 47, 48, 53, 54, 56, 68 and 79, San Leon Farm Home Tracts)

96.     The terms, conditions and stipulations of those certain Mineral Leases granted to Roland N. Flick, as Lessee, recorded in Volume 1434, Page 87 and Volume 1434, Page 90 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 41, San Leon Farm Home Tracts)

97.     The terms, conditions and stipulations of those certain Mineral Leases granted to Roland N. Flick, as Lessee, recorded in Volume 1434, Page 93 and Volume 1434, Page 96 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 1, Block 26, San Leon Farm Home Tracts)

98.    The terms, conditions and stipulations of that certain Mineral Lease from Mrs. Bertha L. Johnson, a widow, as Lessor, to Roland N. Flick, as Lessee, recorded in Volume 1434, Page 99 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Block 59, San Leon Farm Home Tracts)

99.    The terms, conditions and stipulations of those certain Mineral Leases granted to Roland N. Flick, as Lessee, recorded in Volume 1434, Pages 102, 105, and 111 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Lots 3, 4 and 8, Block 44, San Leon Farm Home Tracts)

100.    The terms, conditions and stipulations of that certain Mineral Leases granted to Roland N. Flick, as Lessee, recorded in Volume 1434, Pages 108 and 111 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Lot 2, Block 26, San Leon Farm Home Tracts)

101.    The terms, conditions and stipulations of that certain Mineral Lease from W. E. Frazier, as Lessor, to Roland N. Flick, as Lessee, recorded in Volume 1434, Page 667 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 5, Block 26A, San Leon Farm Home Tracts)

102.    The terms, conditions and stipulations of that certain Mineral Lease dated April 16, 1962, from K. G. Bullard and wife, Benetta Bullard, as Lessor, to Union Oil Company, as Lessee, recorded in Volume 1434, Page 336, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 2 and 7, Block 25A, San Leon Farm Home Tracts)

103.    The terms, conditions and stipulations of that certain Mineral Lease dated April 24, 1962, from Edith A. Ehlers, as Lessor, to Roland N. Flick, as Lessee, recorded in Volume 1481, Page 538 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 8, 9, Block 25A, San Leon Farm Home Tracts)

104.    The terms, conditions and stipulations of those certain Mineral Leases recorded in Volume 3315, Pages 485 (said lease and surface use agreement dated October 3, 1986, ratified by instruments filed for record under Galveston County Clerk's File No(s). 8710362, 8710367, 8610369-73, inclusive), 473, 475, 477, 481, 485 (partially released by instrument filed for record under Galveston County Clerk's File No. 2002007505), 487 (said lease and surface use agreement dated October 10, 1986, ratified by instruments filed for record under Galveston County Clerk's File No(s). 8710361 and 87101363-8710366, inclusive, and 8710368), 523, 562, 568, 601, 604, 607, 623, 633, 625, 627, 629, 633, and 647 of the Office of the County Clerk of Galveston County, Texas. (The above leases not checked subsequent to date.)

105.    The terms, conditions and stipulations of that certain Mineral Lease dated December 12, 1980, from Houston Lighting & Power Company, as Lessor, to Lofco, a Texas general partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8101167, amended by Galveston County Clerk's File No. 8419792, ratified by Galveston Count y Clerk's File No. 8439666. (The above lease not checked subsequent to date.) (as to various lots out of Blocks 25A, 26, 41, 42, 44, 45, 46, 59 and 55, San Leon Farm Home Tracts)

106.    The terms, conditions and stipulations of that certain Mineral Lease dated September 1, 1981, from The Mecom Trust, as Lessor, to The John W. Mecom Company, as

Lessee, filed for record under Galveston County Clerk's File No. 8126903. (The above lease not checked subsequent to date.) (as to Lots 5 and 6, Block 42, San Leon Farm Home Tracts)

107. The terms, conditions and stipulations of that certain Mineral Lease dated September 10, 1981, from Dorothy M. Brooks, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8132029. (The above lease not checked subsequent to date.) (as to Lot 1, Block 26, San Leon Farm Home Tracts)

108. The terms, conditions and stipulations of that certain Mineral Lease dated December 12, 1980, from Houston Lighting & Power Company, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8218550, amended by instrument filed for record under Galveston County Clerk's File No. 8349051. (The above lease not checked subsequent to date.) (as to that portion of subject property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

109. The terms, conditions and stipulations of those certain Mineral Leases granted to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8233819, 8233820, 8233821, 8236108, 8236109 and 8236110. (The above leases not checked subsequent to date.) (as to Lot 8, Block 41, San Leon Farm Home Tracts)

110. The terms, conditions and stipulations of that certain Mineral Lease dated September 15, 1982, from Joe H. Kahla and wife, Ann Kahla, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8301420. (The above lease not checked subsequent to date.) (as to Lot 8, Block 41, San Leon Farm Home Tracts)

111. The terms, conditions and stipulations of those certain Mineral Leases granted to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8303045, 8303046 and 8303047. (The above leases not checked subsequent to date.) (as to Lots 5 and 6, Block 42 and Lots 3 and 4, Block 56, San Leon Farm Home Tracts)

112. The terms, conditions and stipulations of that certain Mineral Lease dated January 14, 1983, from A. Rodney Allbright, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8303050. (The above leases not checked subsequent to date.) (as to Lots 3 and 4, Block 44, San Leon Farm Home Tracts)

113. The terms, conditions and stipulations of that certain Mineral Lease dated February 1, 1983, from Ruth Searcy Craven, et al, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8316721. (The above leases not checked subsequent to date.) (as to Lot 1, Block 26, San Leon Farm Home Tracts)

114. The terms, conditions and stipulations of those certain Mineral Lease dated August 2, 1983, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8344141 and 8344142. (The above leases not checked subsequent to date.) (as to Lot 5, Block 42A, San Leon Farm Home Tracts)

115. The terms, conditions and stipulations of that certain Mineral Lease dated December 12, 1983, from Houston Lighting & Power Company, as Lessor, to Lofco, a Texas general partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8349054. (The above lease not checked subsequent to date.) (as to that portion of subject

property located in the John Rogers Survey, Abstract No, 168, A. Hatch Survey, Abstract No. 88, and Branch T. Masterson Survey, Abstract No. 642)

116.   The terms, conditions and stipulations of that certain Mineral Lease dated January 11, 1984, from Houston Lighting & Power Company, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8413454.  (The above leases not checked subsequent to date.)  (as to Lots 8 and 9, Block 11, San Leon Farm Home Tracts)

117.   The terms, conditions and stipulations of that certain Mineral Lease filed for record under Galveston County Clerk's File No(s). 8442999.  (The above lease not checked subsequent to date.)

118.   The terms, conditions and stipulations of that certain Mineral Lease dated November 18, 1985, from Mrs. Blaine Sherrill, et al, as Lessor, to Bill Smith, as Lessee, filed for record under Galveston County Clerk's File No(s). 8619601.  (The above leases not checked subsequent to date.)  (as to North One Acre of Lot 8, Block 44,  San Leon Farm Home Tracts)

119.   The terms, conditions and stipulations of that certain Mineral Lease dated December 1, 1987, from Houston Lighting & Power Company, as Lessor, to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8809136.  (The above leases not checked subsequent to date.)  (as to 246.92 acres in Amos Edwards League, Abstract No. 10, and Branch T. Masterson Survey, Abstract 642, as described in Deed recorded in Volume 1375, Page 212 of the Office of the County Clerk of Galveston County, Texas.)

120.   The terms, conditions and stipulations of that certain Mineral Lease dated January 23, 1997, from Houston Lighting & Power Company, as Lessor, to Enron Oil & Gas Company, as Lessee, filed for record under Galveston County Clerk's File No(s). 9705343, ratified by instrument filed for record under Galveston County Clerk's File No. 9720400.  (The above leases not checked subsequent to date.)

121.   The terms, conditions and stipulations of that certain Mineral Lease dated January 23, 2000, from Reliant Energy HL&P, as Lessor, to EOG Resources, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 2000014993.  (The above leases not checked subsequent to date.)

122.   Declaration of Unit, J. E. Chapman et al Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8303581, amended by instruments filed for record under Galveston County Clerk's File No(s). 8403474, 8613516, 8613517, 8613522, 8613524, 8613526, 8613531, 8613534, 8732464, 8732465, 8734554, 8735856, 8731094, 8915454, 8915455, 8915456, 8920357, 8922108 and 8923253.

123.   Declaration of Unit, Ruth Marshall et al Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8304379, amended by instruments filed for record under Galveston County Clerk's File No(s). 8403475, 8421270, 8613514, 8613518, 8613520, 8613525, 8613528, 8613529 and 8613533.

124.   Declaration of Unit, Houston Lighting & Power Company Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8349053, amended by instruments filed for record under Galveston County Clerk's File No(s). 8448794, 8613515, 8613519, 8613521, 8613523, 8613527, 8613530 and 8613532.

125.    Declaration of Unit, Houston Lighting & Power Company Gas Unit No. 2, as set forth in instrument filed for record under Galveston County Clerk's File No. 8418158, amended by instruments filed for record under Galveston County Clerk's File No(s). 8508685, 8608686, 8608687, 8608688 and 8511759 and ratified by instrument filed for record under Galveston County Clerk's File No. 8518985.

126.    Declaration of Unit, Moody National Bank Gas Unit No. 1, as set forth in instruments filed for record under Galveston County Clerk's File No(s). 8506615, 8507941-50, inclusive, 8508690, 8508691, 8510050-52, inclusive, and 8510054, and ratified by instrument filed for record under Galveston County Clerk's File No. 8508692.

127.    Declaration of Unit, Houston Lighting & Power Company No. 2 40.00 Acre Oil Unit, as set forth in instrument filed for record under Galveston County Clerk's File No(s). 8513144, 8517123-26, inclusive, amended by instrument filed for record under Galveston County Clerk's File No. 8517127.

128.    Designation of Unit, Birdie L. Butler Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8546583.

129.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 355, Page 463, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to lots described in Deeds recorded in Volume 327, Page 298 and Volume 335, Page 613 of the Deed Records of Harris County, Texas)

130.    Boundary strip one hundred (100) feet in width around Houston Lighting & Power Company property annexed by ordinance passed in 1964, as evidenced by legal description attached to instrument filed for record under Galveston County Clerk's File No. 2006082443.

## AS TO ALL TRACTS

131.    Terms and provisions of any and all leases, together with rights of lessees thereunder.

## AS TO TRACT THREE

132.    The following matters reflected on the recorded plat filed in Volume 5, Page 51, of the Map Records of Galveston County, Texas:

     a.    Salt Lake and Salt Bayou; and
     b.    Parkway between Dickinson Bay and Block 70

133.    Pipeline right of way easement of undisclosed width and location through Lot 4 and part of Lot 5, Block 55, San Leon Farm Home Tracts, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 897, Page 556, of the Office of the County Clerk of Galveston County, Texas.

134.    Pipeline right of way easement of undisclosed width and location through part of Lots 1, 2, 5 and 7 and all of Lot 8, Block 55, San Leon Farm Home Tracts, in favor of Humble

Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 897, Page 558, of the Office of the County Clerk of Galveston County, Texas.

135.    Pipeline right of way easement of undisclosed width and location through Lots 1, 7 and 8 in Block 54, San Leon Farm Home Tracts, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 909, Page 178, of the Office of the County Clerk of Galveston County, Texas.

136.    Pipeline right of way easement of undisclosed width and location through part of Lots 1, 2, 5, 6, 7 and all of Lot 8, Block 55, San Leon Farm Home Tracts, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 909, Page 597, of the Office of the County Clerk of Galveston County, Texas.

137.    Pipeline right of way easement not to exceed twenty (20) feet in width across Parkway along Dickinson Bay, located parallel with and adjacent to existing W E P line, in favor of Gulf Refining Company and Gulf Oil Corporation, as set forth instrument recorded in Volume 917, Page 185, of the Office of the County Clerk of Galveston County, Texas.

138.    Pipeline right of way easement of undisclosed width and location through the south half of Lot 5 and all of Lot 6, Block 55, San Leon Farm Home Tracts, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 1235, Page 300, of the Office of the County Clerk of Galveston County, Texas.

139.    Pipeline right of way easement of undisclosed width and location through north portion of Lot 5, Block 55, San Leon Farm Home Tracts, in favor of Humble Oil & Refining Company, a Texas corporation, as set forth instrument recorded in Volume 1235, Page 311, of the Office of the County Clerk of Galveston County, Texas.

140.    Pipeline right of way easement  for a 4 inch pipeline through Lots 1 and 8, Block 54, in favor of Humble Pipe Line Company, as set forth in instrument recorded in Volume 1247, Page 88, of the Office of the County Clerk of Galveston County, Texas.

141.    Pipeline right of way easement for one pipeline not to exceed 30 inches in diameter in favor of United Gas Pipe Line Company, as set forth in instrument recorded in Volume 1681, Page 146, of the Office of the County Clerk of Galveston County, Texas, partially released by instrument filed for record under Galveston County Clerk's File No. 8903382.

142.    Pipeline right of way easement for 4 inch and 6 inch pipeline and 40' X 80' metering station in favor of Adair Energy, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 8501391.

143.    Pipeline right of way easement 4 1/2 inches wide at three separate locations in favor of Matador Pipelines, as set forth in instrument filed for record under Galveston County Clerk's File No. 8545726.

144.    A 204.45 square foot easement located in a portion of abandoned 27th Street granted to San Leon Municipal Utility District as set forth in instrument filed for record under Galveston County Clerk's File No. 8810600.

145.    Terms and provisions, including but not limited to severed property as shown on Schedules 3 and 4, of instrument filed for record under Galveston County Clerk's File No. 2002050899.

146.  Terms and provisions of that certain Easement and Covenant Agreement by and between Reliant Energy, Incorporated, and Texas Genco Holdings, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 2002050900, partially released as set forth in instrument filed for record under Galveston County Clerk's File No. 2004081574.

147.  Terms and provisions of Interconnection Agreement evidenced by instruments filed for record under Galveston County Clerk's File No(s). 2002050899 and 2002050900.

148.  Terms and provisions of instrument filed for record under Galveston County Clerk's File No. 2002050903.

149.  Terms and provisions of instrument filed for record under Galveston County Clerk's File No. 2002050907, corrected by instruments filed for record under Galveston County Clerk's File No(s). 2003051604, 2003088018 and 2003048896.

150.  Boundary strip one hundred (100) feet in width around Houston Lighting & Power Company property annexed by ordinance passed in 1964, as evidenced by legal description attached to instrument filed for record under Galveston County Clerk's File No. 2006082443.

151.  All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 355, Page 463, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to lots described in Deed recorded in Volume 327, Page 298 of the Deed Records of Harris County, Texas)

152.  All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 475, Page 110, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Parkway between Dickinson Bay and Block 70)

153.  All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 747, Page 478, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to 4 acres out of Tract 6, Block 46)

154.  One-sixteenth (1/16th) non-participating royalty interest in all of the oil, gas and other minerals in and under the herein described property, as reserved in instrument recorded in Volume 823, Page 185, of the Office of the County Clerk of Galveston County, Texas. (as to Block 70 and part of Blocks 68 and 71)

155.  An undivided 3/5ths interest in and to all of the royalty interest in all of the oil, gas and other minerals in and under the herein described property, for a period of fifteen (15) years from the date hereof and as long thereafter as oil, gas or other minerals, or either of them is produced or mined in paying or commercial quantities, as set forth in instrument recorded in

Volume 861, Page 339, of the Office of the County Clerk of Galveston County, Texas. (as to Lot 7, Block 46)

156.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 901, Page 634, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 5, Block 46)

157.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 925, Page 289, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tracts 3 and 4, Block 56)

158.    Those certain interests in the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 983, Page 355, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to various tracts out of Blocks 45, 46, 54, 56 and 68, San Leon Farm Home Tracts)

159.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1151, Page 457, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tracts 3 and 4, Block 67)

160.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1225, Page 140, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to strip of land designated as right-of-way reserved for proposed railroad across Blocks 68 and 71)

161.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1323, Page 658, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Block 70 and that part of Block 68 lying south and east of right-of-way reserved for proposed railroad)

162.    One-eighth (1/8th) of the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1373, Page 624, of the Office of the County Clerk of Galveston

County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Block 55 south and west of Salt Bayou)

163.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1381, Page 369, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 1, Block 45)

164.    One-half (1/2) of all the oil, gas and other minerals, the royalties, bonuses, rentals and all other rights in connection with same are excepted therefrom as the same are set forth in instrument recorded in Volume 1383, Page 432, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 4 and that portion of Tract 5 that lies north and east of Salt Bayou, Block 55)

165.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1391, Page 402, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tracts 5 and 6 north and west of railroad right-of-way, Block 68)

166.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1393, Page 32, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Tract 5, Block 54)

167.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1395, Page 582, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to Lot 3 and Lots 1, 2, 6 and 7 north of Salt Creek, Block 55) (Surface Rights are waived as therein provided.)

168.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1397, Page 454, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (as to various tracts out of Blocks 45, 54 and 56)

169.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1403, Page 558, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are

waived as therein provided.)  (as to Lots 7 and 10, Pitts Subdivision, a subdivision of Tract 7, Block 45)

170.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1403, Page 559, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)  (Surface Rights are waived as therein provided.)  (as to Lot 9, Pitts Subdivision, a subdivision of Tract 7, Block 45)

171.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1403, Page 561, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)  (Surface Rights are waived as therein provided.)  (as to Lot 8, Pitts Subdivision, a subdivision of Tract 7, Block 45)

172.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1407, Page 67, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)  (as to Tract 3, Block 68)

173.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1411, Page 143, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)  (Surface Rights are waived as therein provided.)  (as to a 7/10 undivided interest in Tracts 1 and 2, Block 56)

174.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instruments recorded in Volume 1411, Page 144 and Volume 1537, Page 571 of the Office of the County Clerk of Galveston County, Texas.  (Said interest not investigated subsequent to date of reservation or conveyance.)  (Surface Rights are waived as therein provided.)  (as to a 3/10 undivided interest in Tracts 1 and 2, Block 56)

175.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1509, Page 408, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)  (Surface Rights are waived as therein provided.)  (as to Tract 8, Block 46)

176.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1527, Page 228, of the Office of the County Clerk of Galveston County, Texas. (Said

interest not investigated subsequent to date of reservation or conveyance.) (Surface Rights are waived as therein provided.) (as to Tract 5, Block 45)

177.   All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument(s) filed for record under Galveston County Clerk's File No. 2004033870.   (Said interest not investigated subsequent to date of reservation or conveyance.) (as to various lots out of Blocks 25A, 26, 41, 42, 44, 45, 46, 59 and 55, San Leon Farm Home Tracts)

178.   The terms, conditions and stipulations of that certain Mineral Lease dated March 4, 1933, from Louis Shosty and wife, Mary Shosty, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 462, Page 87, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 8, Block 46)

179.   The terms, conditions and stipulations of that certain Mineral Lease dated March 10, 1933, from Clement A. Blaising and Goldie E. Blaising, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 462, Page 174, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 1, Block 45)

180.   The terms, conditions and stipulations of that certain Mineral Lease dated March 14, 1933, from Ula H. Payne and husband, John M. Payne, as Lessor, to Geo. P. Hill, as Lessee, recorded in Volume 462, Page 237, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 5 and 6, Block 68)

181.   The terms, conditions and stipulations of that certain Mineral Lease dated February 10, 1933, from San Leon Company, a Texas corporation, as Lessor, to Humble Oil & Refining Company, as Lessee, recorded in Volume 462, Page 449, of the Office of the County Clerk of Galveston County, Texas; subject to Pooling Agreement as set forth in instrument recorded in Volume 468, Page 359 of the Office of the County Clerk of Galveston County, Texas, as amended by instrument dated October 8, 1935, and partially released by instrument recorded in Volume 576, Page 136 of the Office of the County Clerk of Galveston County, Texas.  (The above lease not checked subsequent to date.) (as to various tracts out of Blocks 45, 46, 54, 56 and 68, San Leon Farm Home Tracts)

182.   The terms, conditions and stipulations of that certain Mineral Lease dated February 23, 1933,  from Mrs. Clotilde Heffron, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 470, Page 527, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to proposed railroad right-of-way through Blocks 68 and 71)

183.   The terms, conditions and stipulations of that certain Mineral Lease dated February 26, 1933,  from Joe H. Eagle, as Lessor, to Humble Oil & Refining Company, as Lessee, recorded in Volume 470, Page 558, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)  (as to Tracts 3 and 4, Block 67)

184.   The terms, conditions and stipulations of that certain Mineral Lease dated March 3, 1933,  from Mrs. Helen Kennedy, joined by her husband, H. T. Kennedy, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 482, Page 265, of the Office of the County

Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 3 and 4, Block 57, and Tract 5, Block 45)

185.   The terms, conditions and stipulations of that certain Mineral Lease dated March 4, 1933, from Ella T. Brown, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 484, Page 32, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to southwest 1/2 of Block 55)

186.   The terms, conditions and stipulations of that certain Mineral Lease dated March 27, 1933 from J. E. Bailey and wife, Mary Bailey, as Lessor, to Bayou Development Co., as Lessee, recorded in Volume 484, Page 195, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 2, Block 68)

187.   The terms, conditions and stipulations of that certain Mineral Lease dated March 21, 1933, from W. E. Dunn and wife, Linda T. Dunn, as Lessor, to J. C. Walter, as Lessee, recorded in Volume 486, Page 1, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 5, Block 54)

188.   The terms, conditions and stipulations of that certain Mineral Lease dated April 24, 1933, from H. G. Hiatt and wife, Amanda Hiatt, as Lessor, to W. T. Reitmeyer, as Lessee, recorded in Volume 490, Page 84, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 3, Block 68)

189.   The terms, conditions and stipulations of that certain Mineral Lease dated April 22, 1936, from Clotilde Heffron, a widow, as Lessor, to Humble Oil & Refining Company, as Lessee, recorded in Volume 558, Page 184, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to proposed railroad right-of-way through Blocks 68 and 71)

190.   The terms, conditions and stipulations of that certain Mineral Lease dated April 3, 1950, from Dennis Dace and wife, Dorothy Dace, as Lessor, to Frank Rybe, as Lessee, recorded in Volume 846, Page 663, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 5, Block 46 and a tract of land out of Tract 6, Block 46)

191.   The terms, conditions and stipulations of that certain Mineral Lease dated February 3, 1950, from Thomas Worthington, as Lessor, to G. W. Shively, as Lessee, recorded in Volume 867, Page 371, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 1, Block 45)

192.   The terms, conditions and stipulations of that certain Mineral Lease dated March 6, 1950, from Reta L. Blystone, et al, as Lessor, to Pan American Production Company, as Lessee, recorded in Volume 875, Page 191, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 3 and 4, Block 57 and Tract 5, Block 45)

193.   The terms, conditions and stipulations of that certain Mineral Lease dated April 1, 1950, from Frank Rader, et al, as Lessor, to J. T. Mackey, as Lessee, recorded in Volume 875, Page 304, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 3, Block 45)

194.    The terms, conditions and stipulations of that certain Mineral Lease dated March 15, 1950, from Allan W. McCord, as Lessor, to Thoburn Taggart, as Lessee, recorded in Volume 884, Page 11, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 4 and Tract 4 lying north of the Bayou, Block 55)

195.    The terms, conditions and stipulations of that certain Mineral Lease dated April 24, 1950, from Mrs. Myrtle Slate, as Lessor, to Frank Ryba, as Lessee, recorded in Volume 884, Page 15, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to 4 acres of Tract 6, Block 46)

196.    The terms, conditions and stipulations of that certain Mineral Lease dated August 8, 1950, from Mrs. C. E. Doty, as Lessor, to J. T. Mackey, as Lessee, recorded in Volume 889, Page 537, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 6, Block 45)

197.    The terms, conditions and stipulations of that certain Mineral Lease dated August 3, 1951, from San Leon Company, a Texas corporation, as Lessor, to John W. Mecom, as Lessee, recorded in Volume 932, Page 319 of the Office of the County Clerk of Galveston County, Texas, amended by instrument recorded in Volume 932, Page 329, partial waiver of surface rights as set forth in instrument recorded in Volume 2516, Page 703, and amended by Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8419020, and Second Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8510053. (The above lease not checked subsequent to date.) (as to various tracts out of Blocks 45, 46, 54, 56 and 68)

198.    The terms, conditions and stipulations of that certain Mineral Lease dated October 16, 1951, from Thomas Worthington, as Lessor, to Pam American Production Company, as Lessee, recorded in Volume 974, Page 64, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 1, Block 45)

199.    The terms, conditions and stipulations of that certain Mineral Lease dated October 16, 1952, from Reta L. Blystone, et al, as Lessor, to Pan American Production Company, as Lessee, recorded in Volume 992, Page 84, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tracts 3 and 4, Block 57, and Tract 5, Block 45)

200.    The terms, conditions and stipulations of that certain Mineral Lease dated May 4, 1957, from Edward C. Fritz and wife, Eugenia Lum Fritz, as Lessor, to The Texas Company, as Lessee, recorded in Volume 1228, Page 81, of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.) (as to Tract 5, Block 54)

201.    The terms, conditions and stipulations of those certain Mineral Leases recorded in Volume 3315, Pages 485, 487, 489, 585, 586, 589 (amended by instrument filed for record under Galveston County Clerk's File No. 8222631) and 647 (amended by instrument filed for record under Galveston County Clerk's File No. 8236805 and 8602125) and recorded in Volume 3321, Pages 297 (amended by instrument filed for record under Galveston County Clerk's File No. 8331123), 299 (amended by instrument filed for record under Galveston County Clerk's File No. 8331122), 310 (amended by instrument filed for record under Galveston County Clerk's File No.

8222632) and 313 (amended by instruments filed for record under Galveston County Clerk's File No(s). 8334548-8334551, inclusive), of the Office of the County Clerk of Galveston County, Texas. (The above leases not checked subsequent to date.)

202.    The terms, conditions and stipulations of those certain Mineral Leases to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8101165 (amended by instrument filed for record under Galveston County Clerk's File No. 8331124) and 8101166. (The above lease not checked subsequent to date.) (as to Tracts 1, 2, 3, 6 and 7 lying north and east of Salt Bayou, Block 55)

203.    The terms, conditions and stipulations of that certain Mineral Lease dated December 12, 1980, from Houston Lighting & Power Company, as Lessor, to Lofco, a Texas general partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8101167, amended by Galveston County Clerk's File No. 8419792, ratified by Galveston County Clerk's File No. 8439666. (The above lease not checked subsequent to date.) (as to various tracts out of Blocks 45, 46, and 55)

204.    The terms, conditions and stipulations of those certain Mineral Leases to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8303045, 8303046 and 8303047. (The above lease not checked subsequent to date.) (as to Tracts 3 and 4, Block 56)

205.    The terms, conditions and stipulations of that certain Mineral Lease dated December 9, 1982, from Patsy Winfrey, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8305518, amended by instrument filed for record under Galveston County Clerk's File No.8544543. (The above lease not checked subsequent to date.) (as to Tracts 1 and 2, Block 56)

206.    The terms, conditions and stipulations of that certain Mineral Lease dated March 28, 1983, from Edward C. Fritz, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8322411, amended by instrument filed for record under Galveston County Clerk's File No. 8605151. (The above lease not checked subsequent to date.) (as to Tract 5, Block 54)

207.    The terms, conditions and stipulations of that certain Mineral Lease dated October 4, 1983, from Mrs. M. E. Payne, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8402900, amended by instrument filed for record under Galveston County Clerk's File No. 8632730. (The above lease not checked subsequent to date.) (as to Tract 6 and part of Lot 5 north and west of railroad right-of-way, Block 68)

208.    The terms, conditions and stipulations of those certain mineral Leases to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No(s). 8402907 and 8403421. (The above lease not checked subsequent to date.) (as to southeast part of Block 68 lying south of railroad right-of-way, all of Block 70, and part of Block 71 lying east of Salt Bayou)

209.    The terms, conditions and stipulations of those certain Mineral Leases to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8403393, 8403394 and 8403395. (The above lease not checked subsequent to date.) (as to Tracts 1, 2, 3, 6 and 7 lying north and east of Salt Bayou, Block 55)

Exhibit B-23

210.    The terms, conditions and stipulations of that certain Mineral Lease dated October 21, 1983, from Manilla S. McBride, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8403420, amended by instrument filed for record under Galveston County Clerk's File No(s). 8442189.  (The above lease not checked subsequent to date.) (as to part railroad right-of-way in Blocks 68 and 71)

211.    The terms, conditions and stipulations of that certain Mineral Lease dated January 11, 1984, from Houston Lighting & Power Company, a Texas corporation, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8413455.  (The above lease not checked subsequent to date.) (as to east 1 acre of Tract 6, Block 46)

212.    The terms, conditions and stipulations of that certain Mineral Lease dated January 11, 1984, from Houston Lighting & Power Company, a Texas corporation, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8413456.  (The above lease not checked subsequent to date.) (as to Tracts 1, 2, 4, 5, 6, 7 and 8 lying south and west of Salt Bayou, Block 55)

213.    The terms, conditions and stipulations of that certain Mineral Lease dated January 11, 1984, from Houston Lighting & Power Company, a Texas corporation, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8413458.  (The above lease not checked subsequent to date.) (as to Tract 2 and part of Tract 7, Block 68)

214.    The terms, conditions and stipulations of that certain Mineral Lease dated January 11, 1984, from Houston Lighting & Power Company, a Texas corporation, as Lessor, to LOFCO, a Texas partnership, as Lessee, filed for record under Galveston County Clerk's File No. 8413459.  (The above lease not checked subsequent to date.) (as to 1.054 acres between high tide mark and east boundary line of Block 70)

215.    The terms, conditions and stipulations of those certain Mineral Leases to Valero Producing Company, as Lessee, filed for record under Galveston County Clerk's File No(s). 8427897, (amended by Galveston County Clerk's File No. 8523742), 8431193 (amended by Galveston County Clerk's File No. 8527000), and 8431197 (amended by Galveston County Clerk's File No. 8523743).  (The above leases not checked subsequent to date.) (as to part of Tracts 1, 2, 3, 6 and 7 lying north and east of Salt Bayou, Block 55)

216.    The terms, conditions and stipulations of those certain Mineral Leases to Valero Producing Company, as Lessee, filed for record under Galveston County Clerk's File No(s). 8448786, 8448787 and 8448788.  (The above leases not checked subsequent to date.) (as to Tracts 3 and 4, Block 56)

217.    The terms, conditions and stipulations of that certain Mineral Lease dated October 18, 1984, from Kathryn Boyd Sakowitz, as Lessor, to Lago Petroleum Company, as Lessee, filed for record under Galveston County Clerk's File No. 8452283.  (The above lease not checked subsequent to date.) (as to Lot 1, Block 68)

218.    The terms, conditions and stipulations of that certain Mineral Lease dated October 1, 1984, from Mabel D. Hiatt, as Lessor, to Lago Petroleum Company, as Lessee, filed for record under Galveston County Clerk's File No. 8453789.  (The above lease not checked subsequent to date.) (as to Lot 3, Block 68)

219.    The terms, conditions and stipulations of that certain Mineral Lease from Joan M. Gearing, et al, as Lessor, to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No. 8744675. (The above lease not checked subsequent to date.) (as to Lot 3, Block 68)

220.    The terms, conditions and stipulations of those certain Mineral Leases to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8744667, 8744668 and 8744669. (The above lease not checked subsequent to date.) (as to various tracts out of Block 55)

221.    The terms, conditions and stipulations of those certain Mineral Leases to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8744671 and 8744681. (The above lease not checked subsequent to date.) (as to Tract 3, Block 56)

222.    The terms, conditions and stipulations of that certain Mineral Lease dated October 8, 1987, from Marjorie M. Nelson, individually and as executrix of the Estate of Oscar E. Nelson, deceased, as Lessor, to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8746963. (The above lease not checked subsequent to date.) (as to part of Tracts 1, 2, 3, 6 and 7 lying north and east of Salt Bayou, Block 55)

223.    The terms, conditions and stipulations of that certain Mineral Lease dated October 8, 1987, from Mrs. Laura O'Lear, as Lessor, to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8800172. (The above lease not checked subsequent to date.) (as to part of Tracts 1, 2, 6, 7 and 8 lying south and west of Salt Bayou, Block 55)

224.    The terms, conditions and stipulations of that certain Mineral Lease dated October 29, 1987, from Mr. Ebb Aaron Berry, III, as Lessor, to Wacker Oil, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 8802174. (The above lease not checked subsequent to date.) (as to part of Tracts 1, 2, 3, 6 and 7 lying north and east of Salt Bayou, Block 55)

225.    The terms, conditions and stipulations of that certain Mineral Lease dated January 23, 1997, from Houston Lighting & Power Company, as Lessor, to Enron Oil & Gas Company, as Lessee, filed for record under Galveston County Clerk's File No(s). 9705343, ratified by instrument filed for record under Galveston County Clerk's File No. 9720400. (The above leases not checked subsequent to date.) (as to various tracts out of Block 68 and Blocks 45, 46 and 55)

226.    The terms, conditions and stipulations of that certain Mineral Lease dated June 18, 1998, from Joy Agee Strong, as Lessor, to Aspect Resources, LLC as Lessee, filed for record under Galveston County Clerk's File No(s). 9830258, amended by instrument filed for record under Galveston County Clerk's File No. 2001031925, and ratified by Galveston County Clerk's File No. 2001044057. (The above leases not checked subsequent to date.) (as to Tracts 3 and 4, Block 56)

227.    The terms, conditions and stipulations of that certain Mineral Lease dated June 1, 1998, from Spindletop Exploration Company, Inc., as Lessor, to Port Aransas Oil and Gas, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 9836625. (The above leases not checked subsequent to date.) (as to Block 68 south of railroad right-of-way, Block 70, and Block 71 east of Salt Bayou)

228.    The terms, conditions and stipulations of those certain Mineral Leases to Aspect Resources LLC, as Lessee, filed for record under Galveston County Clerk's File No(s). 9842276

(amended by Galveston County Clerk's File No. 2001031928) and 9842277 (amended by Galveston County Clerk's File No. 2001034736). (The above leases not checked subsequent to date.) (as to Tract 3, Block 68)

229.    The terms, conditions and stipulations of that certain Mineral Lease dated July 3, 1998, from Rosa Lee Ruland a/k/a Rosa Lee Kostom, as Lessor, to Aspect Resources LLC, as Lessee, filed for record under Galveston County Clerk's File No(s). 9842279. (The above leases not checked subsequent to date.) (as to Block 70 and Block 71 east of bayou)

230.    The terms, conditions and stipulations of that certain Mineral Lease dated July 17, 1998, from Wilfred H. Scholefield, et al, as Lessor, to Aspect Resources, LLC, as Lessee, filed for record under Galveston County Clerk's File No(s). 9842282. (The above leases not checked subsequent to date.) (as to abandoned railroad right-of-way crossing Blocks 68 and 71)

231.    The terms, conditions and stipulations of that certain Mineral Lease dated July 10, 1998, from Edward C. Fritz and Eugenia Dunn Fritz, as Lessor, to Aspect Resources, LLC, as Lessee, filed for record under Galveston County Clerk's File No(s). 9842295, amended by instrument filed for record under Galveston County Clerk's File No. 2001034735. (The above leases not checked subsequent to date.) (as to Tract 5, Block 54)

232.    The terms, conditions and stipulations of that certain Mineral Lease dated July 1, 1998, from William B. Payne, as Lessor, to Aspect Resources, LLC, as Lessee, filed for record under Galveston County Clerk's File No(s). 9842297, amended by instrument filed for record under Galveston County Clerk's File No. 2001034739. (The above leases not checked subsequent to date.) (as to Tract 6 and that part of Tract 5 lying north and west of abandoned railroad right-of-way, Block 68)

233.    The terms, conditions and stipulations of that certain Mineral Lease dated January 23, 2000, from Reliant Energy HL&P, as Lessor, to EOG Resources, Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 2000014993. (The above leases not checked subsequent to date.) (as to various tracts out of Blocks 45, 46 and 55)

234.    The terms, conditions and stipulations of those certain Mineral Leases to upland Exploration Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 2000062196, 20000062197, 200063020 and 2001001405. (The above leases not checked subsequent to date.) (as to Parkway that fronts or is contiguous with Dickinson Bay and Dickinson Bayou)

235.    The terms, conditions and stipulations of that certain Mineral Lease dated June 10, 2001, from Rosamond Hillebrandt, as Lessor, to upland Exploration Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 2001030811. (The above leases not checked subsequent to date.) (as to Lots 1, 2, 3, 6 and 7, lying north and east of Salt Bayou, Block 55)

236.    The terms, conditions and stipulations of that certain Mineral Lease dated May 31, 2001, from Nina B. Palmer, as Lessor, to Upland Exploration Inc., as Lessee, filed for record under Galveston County Clerk's File No(s). 2001031744. (The above leases not checked subsequent to date.) (as to Tracts 1 and 2, Block 56)

237.    Declaration of Unit, J. E. Chapman et al Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8303581, amended by instruments filed for record under Galveston County Clerk's File No(s). 8403474, 8613516, 8613517, 8613522,

8613524, 8613526, 8613531, 8613534, 8732464, 8732465, 8734554, 8735856, 8731094, 8915454, 8915455, 8915456, 8920357, 8922108 and 8923253.

238.    Declaration of Unit, Ruth Marshall et al Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8304379, amended by instruments filed for record under Galveston County Clerk's File No(s). 8403475, 8421270, 8613514, 8613518, 8613520, 8613525, 8613528, 8613529 and 8613533.

239.    Declaration of Unit, Houston Lighting & Power Company Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8349053, amended by instruments filed for record under Galveston County Clerk's File No(s). 8448794, 8613515, 8613519, 8613521, 8613523, 8613527, 8613530 and 8613532.

240.    Declaration of Unit, Houston Lighting & Power Company Gas Unit No. 2, as set forth in instrument filed for record under Galveston County Clerk's File No. 8418158, amended by instruments filed for record under Galveston County Clerk's File No(s). 8508685, 8608686, 8608687, 8608688 and 8511759 and ratified by instrument filed for record under Galveston County Clerk's File No. 8518985.

241.    Declaration of Unit, Moody National Bank Gas Unit No. 1, as set forth in instruments filed for record under Galveston County Clerk's File No(s). 8506615, 8507941-50, inclusive, 8508690, 8508691, 8510050-52, inclusive, and 8510054, and ratified by instrument filed for record under Galveston County Clerk's File No. 8508692.

242.    Designation of Unit, Birdie L. Butler Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8546583.

243.    Designation of Gas Unit, Samson Lone Star Limited Partnership, et al, San Leon Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 2000044111.

244.    Mineral interests in abandoned railroad right-of-way within the boundaries of Blocks 68 and 71 conveyed by Norine A. Heffron and Norine Falligant to William V. McBride and wife, Manilla S. McBride, as set forth in instrument recorded in Volume 2045, Page 208, corrected by Volume 3311, Page 747 of the Office of the County Clerk of Galveston County, Texas.

245.    That certain Sheriff's Tax Sale Deed Under Order of Sale dated May 26, 2009, filed for record under Galveston County Clerk's File No. 2009028732, which purports to convey Lots 7 and 8, Block 68, of San Leon Farm Home Tracts to Gary Jones, creates a cloud on title to subject property.

## AS TO TRACTS FOUR AND FIVE

246.    Pipeline right of way easement for 4 inch and 6 inch pipeline and 40' X 80' metering station in favor of Adair Energy, Inc., as set forth in instrument filed for record under Galveston County Clerk's File No. 8501391.

247.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 355, Page 463, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)

248.    Those certain interests in the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 983, Page 355, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)

249.    All the oil, gas and other minerals, and all other elements not considered a part of the surface estate, the royalties, bonuses, rentals and all other rights in connection with same all of which are expressly excepted therefrom, as the same are set forth in instrument recorded in Volume 1397, Page 454, of the Office of the County Clerk of Galveston County, Texas. (Said interest not investigated subsequent to date of reservation or conveyance.)

250.    The terms, conditions and stipulations of that certain Mineral Lease dated February 10, 1933, from San Leon Company, a Texas corporation, as Lessor, to Humble Oil & Refining Company, as Lessee, recorded in Volume 462, Page 449, of the Office of the County Clerk of Galveston County, Texas; subject to Pooling Agreement as set forth in instrument recorded in Volume 468, Page 359 of the Office of the County Clerk of Galveston County, Texas, as amended by instrument dated October 8, 1935, and partially released by instrument recorded in Volume 576, Page 136 of the Office of the County Clerk of Galveston County, Texas. (The above lease not checked subsequent to date.)

251.    The terms, conditions and stipulations of that certain Mineral Lease dated August 3, 1951, from San Leon Company, a Texas corporation, as Lessor, to John W. Mecom, as Lessee, recorded in Volume 932, Page 319 of the Office of the County Clerk of Galveston County, Texas, amended by instrument recorded in Volume 932, Page 329, partial waiver of surface rights as set forth in instrument recorded in Volume 2516, Page 703, and amended by Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8419020, and Second Amendment of Oil, Gas and Mineral Lease, multiple counterparts of which are filed for record, one of which is filed for record under Galveston County Clerk's File No. 8510053. (The above lease not checked subsequent to date.)

252.    Declaration of Unit, J. E. Chapman et al Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8303581, amended by instruments filed for record under Galveston County Clerk's File No(s). 8403474, 8613516, 8613517, 8613522, 8613524, 8613526, 8613531, 8613534, 8732464, 8732465, 8734554, 8735856, 8731094, 8915454, 8915455, 8915456, 8920357, 8922108 and 8923253.

253.    Declaration of Unit, Houston Lighting & Power Company Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8349053, amended by instruments filed for record under Galveston County Clerk's File No(s). 8448794, 8613515, 8613519, 8613521, 8613523, 8613527, 8613530 and 8613532.

254.    Declaration of Unit, Moody National Bank Gas Unit No. 1, as set forth in instruments filed for record under Galveston County Clerk's File No(s). 8506615, 8507941-50, inclusive, 8508690, 8508691, 8510050-52, inclusive, and 8510054, and ratified by instrument filed for record under Galveston County Clerk's File No. 8508692.

255.    Designation of Unit, Birdie L. Butler Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 8546583.

256.  Designation of Gas Unit, Samson Lone Star Limited Partnership, et al, San Leon Gas Unit No. 1, as set forth in instrument filed for record under Galveston County Clerk's File No. 2000044111.  (as to Tract Four only)

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

2011005912

February 02, 2011  02:36:24 PM

FEE: $192.00

Dwight D. Sullivan, County Clerk

Galveston County, TEXAS

Exhibit B-29