IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KV LAND LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO: 3:22-cv-00025 |
| | § | |
| **NRG TEXAS POWER, LLC,** | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF KV LAND LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the January 25, 2022 Order for Conference and Disclosure of Interest Parties, Plaintiff KV Land LLC certifies as follows:

1. **Interested Parties**

   A.  Plaintiff KV Land LLC is wholly owned by Southport Investments LP, whose two partners are the South Song Trust (a South Dakota Trust) and Southport Investments (GP) LLC, whose sole member is also the South Song Trust. Trident Trust Company (South Dakota) Inc. is the sole trustee of the South Song Trust.

   All of these entities are non-governmental private enterprises and are not publicly traded.

   No publicly-traded entity owns ten percent (10%) or more of any of these entities.

   B.  Based on information and belief, Defendant NRG Texas Power LLC is a wholly owned subsidiary of NRG Energy, Inc., a publicly traded Delaware corporation (NYSE: NRG) (service of process is pending).

Plaintiff will supplement and/or amend this Certificate promptly upon identification of additional persons/entities that are financially interested in the outcome of the litigation, in accordance with the Federal Rules of Civil Procedure and any Order of this Court.

2. **Attorneys of Record**

    A.    For Plaintiff KV Land LLC

        **Akerman, LLP**
        Wm. Bruce Stanfill
        James E. Rogers

    B.    For Defendant NRG Texas Produce (Unknown – Service of process is pending)

        Respectfully submitted,

        **AKERMAN LLP**

        By:   */s/ Wm. Bruce Stanfill*

        **Wm. Bruce Stanfill**
        Texas Bar No. 19034350
        Southern District Bar No. 8889
        bruce.stanfill@akerman.com
        1300 Post Oak Boulevard, Suite 2300
        Houston, Texas 77056
        Telephone: (713) 623-0887
        Facsimile: (713) 960-1527

        **ATTORNEY-IN-CHARGE FOR PLAINTIFF KV LAND LLC**

**OF COUNSEL:**
**AKERMAN LLP**

**James E. Rogers**
Texas Bar No. 24051265
Southern District of Texas Federal ID: # 614580
james.rogers@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff KV Land LLC was served upon all counsel of record via electronic filing on this 7th day of February 2022.

/s/ Wm. Bruce Stanfill
Wm. Bruce Stanfill

61986587;1