IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **KV LAND LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO: 3:22-cv-00025 |
| § | |
| **NRG TEXAS POWER, LLC,** § | |
| § | |
| Defendant. § | |

### PLAINTIFF KV LAND LLC'S
### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff KV Land LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all claims and causes of action in its Original Complaint against Defendant NRG Texas Power LLC, with prejudice.

Plaintiff is dismissing this action with prejudice because the parties have settled and released all matters in dispute between them, and therefore, there is no longer any basis for the relief sought in the Complaint.

Defendant NRG Texas Power LLC has filed neither an answer to Plaintiff's Original Complaint nor any motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

**AKERMAN LLP**

By:  */s/ Wm. Bruce Stanfill*
  **Wm. Bruce Stanfill**
  Texas Bar No. 19034350
  Southern District Bar No. 8889
  bruce.stanfill@akerman.com
  1300 Post Oak Boulevard, Suite 2300
  Houston, Texas 77056
  Telephone: (713) 623-0887

2

Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF KV LAND LLC**

**OF COUNSEL:**
**AKERMAN LLP**

**James E. Rogers**
Texas Bar No. 24051265
Southern District of Texas Federal ID: # 614580
james.rogers@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff KV Land LLC was served upon all counsel of record via electronic filing on this 28th day of March 2022.

                    */s/ Wm. Bruce Stanfill*
                    Wm. Bruce Stanfill

62652880;1